FILED

2003 OCT 22 P 12: 36

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CAROL A. FOX | : | CASE NO. 3:02-CV-01540 (WWE) |
| V. | : | |
| TOWN OF EAST HAVEN, JOSEPH MATURO, JR., LOUIS PANE, FRANK GENTILESCO, and LOUIS CRISCUOLO | : | OCTOBER 20, 2003 |

## MOTION FOR ENLARGMENT OF TIME

The Defendants hereby move for an enlargement of time as to the current scheduling order. Pursuant to the current order, various deadlines were set with respect to completion of discovery and the filing of dispositive motions. The order sets forth that discovery will be completed by November 1, 2003.

For the reasons that will be explained herein, the Defendants represent that good cause exists for an extension of time. At this time, discovery has not yet been completed due to the trial schedule of counsel for both parties. Neither the plaintiff nor the defendants have been deposed.

Following the status conference held on September 30, 2002, the undersigned counsel commenced jury selection in <u>Pepe & Hazard, LLP v. Jones</u>, Docket No. X02-CV-

1
LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\EAST HAVEN\FOX\MOTION FOR ENLARGMENT OF TIME 10-20-03.DOC

96-0151601-S, before Honorable Judge Schuman in Waterbury Superior Court. During that process, the parties agreed to go to binding arbitration. Arbitration commenced on January 21, 2003 and continued through May, 2003. Thereafter, the undersigned commenced trial in Jones v. East Haven, et al., Docket No. 3:99 CV 00632, which lasted until July, 2003. Finally, throughout most of September, 2003 until October, 2003, the undersigned was on trial in the matter of State v. Brian Sullivan, Docket No. FBT CR 00-496678, presided over by Judge Devlin. Preparation and representation at said trials and arbitration required extensive time and the undersigned was unable to complete the depositions necessary to properly defend the above-captioned matter.

Finally, the undersigned is scheduled to begin trial on November 3, 2003 in the matter of State v. Edman, Docket No. CR 01 0199587 S, in New Britain. Following the Edman trial, the undersigned must begin trial in the matter of State v. Hine, Docket No. AANCR02120623-T and AANMV02291863-T, in Milford. It is anticipated that said trials will not be completed until December 2003.

As such, the undersigned respectfully requests an additional ninety (90) days in which to complete discovery, including the plaintiff's deposition, which is necessary to the disposition of this case. All discovery, including the depositions of Plaintiff's

2
LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\EAST HAVEN\FOX\MOTION FOR ENLARGMENT OF TIME 10-20-03.DOC

experts, shall be completed by February 1, 2004. The disclosure of the Defendant's experts, if any, shall be provided by January 1, 2004. Dispositive motions shall be filed on or before March 1, 2004. A damage analysis will be provided by January 1, 2004. A joint trial memorandum shall be filed by April 1, 2004, or thirty days after this Court rules on any summary judgment motion filed by the Defendants, whichever is later. The case shall be ready for trial in May, 2004.

The undersigned represents that this is the first such request submitted by his office in this matter requesting an enlargement of time regarding the scheduling order. In addition, with respect to the present request, the undersigned represents that opposing counsel has no objection.

THE DEFENDANTS

BY: _____
HUGH F. KEEFE, ESQ.
52 Trumbull Street
P.O. Box 1612
New Haven, CT 06506
(203) 787-0275
Federal Bar No. ct05106

3
LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\EAST HAVEN\FOX\MOTION FOR ENLARGMENT OF TIME 10-20-03.DOC

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed on October 20, 2003, to all counsel and pro se parties of record as follows:

John R. Williams, Esq.
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

Hugh F. Keefe

4
LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\EAST HAVEN\FOX\MOTION FOR ENLARGMENT OF TIME 10-20-03.DOC