#11

FILED

2003 OCT 22 P 12: 36

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CAROL A. FOX | : | CASE NO. 3:02-CV-01540 (WWE) |
| V. | : | |
| TOWN OF EAST HAVEN, JOSEPH MATURO, JR., LOUIS PANE, FRANK GENTILESCO, and LOUIS CRISCUOLO | : | OCTOBER 20, 2003 |

### MOTION FOR ENLARGMENT OF TIME

The Defendants hereby move for an enlargement of time as to the current scheduling order. Pursuant to the current order, various deadlines were set with respect to completion of discovery and the filing of dispositive motions. The order sets forth that discovery will be completed by November 1, 2003.

For the reasons that will be explained herein, the Defendants represent that good cause exists for an extension of time. At this time, discovery has not yet been completed due to the trial schedule of counsel for both parties. Neither the plaintiff nor the defendants have been deposed.

Following the status conference held on September 30, 2002, the undersigned counsel commenced jury selection in Pepe & Hazard, LLP v. Jones, Docket No. X02-CV-

MOTION GRANTED
WARREN W. EGINTON
Senior United States District Judge
10-23-03

1
LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\EAST HAVEN\FOX\MOTION FOR ENLARGMENT OF TIME 10-20-03.DOC