UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CAROL A. FOX | : | CASE NO. 3:02-CV-01540 (WWE) |
| | : | |
| V. | : | |
| | : | |
| TOWN OF EAST HAVEN, JOSEPH | : | |
| MATURO, JR., LOUIS PANE, FRANK | : | |
| GENTILESCO, and LOUIS CRISCUOLO | : | JANUARY 22, 2004 |

## SECOND MOTION FOR ENLARGMENT OF TIME

The Defendants hereby move for an enlargement of time as to the current scheduling order. Pursuant to the current order, various deadlines were set with respect to completion of discovery and the filing of dispositive motions.

For the reasons that will be explained herein, the Defendants represent that good cause exists for an extension of time. At this time, discovery has not yet been completed due to the trial schedule of counsel for both parties. Neither the plaintiff nor the defendants have been deposed.

Since the time this Court granted the defendants' first motion for enlargement, the undersigned was on trial in the matter of State v. Brian Sullivan, Docket No. FBT CR 00-496678, until October, 2003. Thereafter, the undersigned was on trial in State v.

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\EAST HAVEN\FOX\MOTION FOR ENLARGEMENT (SECOND) 1-22-04.DOC

Edman, Docket Nos. CR 010199587 S and CR 02 0200492 S, in New Britain Superior Court; State v. Hine, Docket Nos. AAN CR 02 120623-T and AAN MV 02291863-T, in Milford Superior Court; and Romannacci v. Town of East Haven, Docket No. CV 00 0435981 S, in New Haven Superior Court. Currently, the undersigned is involved in a preliminary injunction hearing in the complex litigation matter Herbsaway Laboratories, LLC v. Zhoe, et al., Docket No. X03 CV 01 0512689 S, in New Britain. Preparation and representation at said trials and hearing required extensive time and the undersigned was unable to complete the depositions necessary to properly defend the above-captioned matter.

As such, the undersigned respectfully requests an additional sixty (60) days in which to complete discovery, including the plaintiff's deposition, which is necessary to the disposition of this case. All discovery, including the depositions of Plaintiff's experts, shall be completed by April 1, 2004. The disclosure of the Defendant's experts, if any, shall be provided by March 1, 2004. Dispositive motions shall be filed on or before May 1, 2004. A damage analysis will be provided by March 1, 2004. A joint trial memorandum shall be filed by June 1, 2004, or thirty days after this Court rules on any

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\EAST HAVEN\FOX\MOTION FOR ENLARGEMENT (SECOND) 1-22-04.DOC

summary judgment motion filed by the Defendants, whichever is later.  The case shall be ready for trial in July, 2004.

The undersigned represents that this is the second such request submitted by his office in this matter requesting an enlargement of time regarding the scheduling order. In addition, counsel for the defendants states that he has attempted to secure the consent of the plaintiff's counsel but, despite diligent efforts, he has been unable to ascertain opposing counsel's position.

THE DEFENDANTS

BY: _____
     HUGH F. KEEFE, ESQ.
     52 Trumbull Street
     P.O. Box 1612
     New Haven, CT 06506
     (203) 787-0275
     Federal Bar No. ct05106

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\EAST HAVEN\FOX\MOTION FOR ENLARGEMENT (SECOND) 1-22-04.DOC

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed on January 22, 2004 to all counsel and pro se parties of record as follows:

John R. Williams, Esq.
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

_____
Hugh F. Keefe

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\EAST HAVEN\FOX\MOTION FOR ENLARGEMENT (SECOND) 1-22-04.DOC