02cv1540mext

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CAROL A. FOX | : CASE NO. 3:02-CV-01540 (WWE) |
| V. | : |
| TOWN OF EAST HAVEN, JOSEPH MATURO, JR., LOUIS PANE, FRANK GENTILESCO, and LOUIS CRISCUOLO | : JANUARY 22, 2004 |

### SECOND MOTION FOR ENLARGMENT OF TIME

The Defendants hereby move for an enlargement of time as to the current scheduling order. Pursuant to the current order, various deadlines were set with respect to completion of discovery and the filing of dispositive motions.

For the reasons that will be explained herein, the Defendants represent that good cause exists for an extension of time. At this time, discovery has not yet been completed due to the trial schedule of counsel for both parties. Neither the plaintiff nor the defendants have been deposed.

Since the time this Court granted the defendants' first motion for enlargement, the undersigned was on trial in the matter of State v. Brian Sullivan, Docket No. FBT CR 00-496678, until October, 2003. Thereafter, the undersigned was on trial in State v.

Motion Granted.
Discovery cutoff date 4-1-04
Dispositive Motions due by 5-1-04
SO ORDERED
2/03/2004
Warren W. Eginton, Sr. U.S.D.J.

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\EAST HAVEN\FOX\MOTION FOR ENLARGEMENT (SECOND) 1-22-04.DOC