FILED

2004 FEB -5 P 12: 09

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CAROL A. FOX | : | CASE NO. 3:02-CV-01540 (WWE) |
| | : | |
| V. | : | |
| | : | |
| TOWN OF EAST HAVEN, JOSEPH | : | |
| MATURO, JR., LOUIS PANE, FRANK | : | |
| GENTILESCO, and LOUIS CRISCUOLO | : | FEBRUARY 2, 2004 |

**SUPPLMENT TO SECOND MOTION FOR ENLARGMENT OF TIME**

The Defendants respectfully submit this supplement to their Second Motion for Enlargement of Time dated Jan. 22, 2004. The undersigned represents that, with respect to the present request, opposing counsel has no objection.

THE DEFENDANTS

BY: _____
HUGH F. KEEFE, ESQ.
52 Trumbull Street
P.O. Box 1612
New Haven, CT 06506
(203) 787-0275
Federal Bar No. ct05106

1
LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\EAST HAVEN\FOX\SUPPLEMENT TO MOTION FOR ENLARGEMENT 2-04.DOC

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed on February 4, 2004 to all counsel and pro se parties of record as follows:

John R. Williams, Esq.
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

_____
Hugh F. Keefe

2
LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\EAST HAVEN\FOX\SUPPLEMENT TO MOTION FOR ENLARGEMENT 2-04.DOC