UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| CAROL A. FOX : | |
| : | |
| VS. : | NO. 3:02CV1540 (WWE) |
| : | |
| TOWN OF EAST HAVEN, : | |
| JOSEPH MATURO, JR., : | |
| LOUIS PANE, : | |
| FRANK GENTILESCO and : | |
| LOUIS CRISCUOLO : | FEBRUARY 12, 2004 |

## **MOTION FOR EXTENSION OF TIME**

The plaintiff, CAROL FOX, respectfully requests an extension of time of sixty (60) days, up to and including May 10, 2004, to respond and/or object to Defendants' First Set of Interrogatories and Production Requests, dated February 10, 2004.

In support of this motion, the plaintiff represents as follows:

1. He was served with Defendants' Interrogatories and Requests for Production through counsel on or about February 11, 2004.

2. Counsel is in the process of ascertaining responses to such requests and needs the additional time to comply with defendants' requests.

3. On February 12, 2004 this office attempted to contacted Attorney Hugh F. Keefe, attorney for the defendants. His position on this extension of time could not be ascertained.

4. This is the plaintiff's first request for an extension of time to respond to Defendants' Interrogatories and Request for Production.

5. No trial date has been set in this matter.

        THE PLAINTIFF
        CAROL FOX

BY: _____
        JOHN R. WILLIAMS
        Williams and Pattis, LLC
        51 Elm Street, Suite 409
        New Haven, CT 06510
        (203) 562-9931
        FAX: (203)776-9494
        Fed Bar No. ct13120

        Her Attorney

## **CERTIFICATION**

      This is to certify that a copy of the foregoing was sent via first class mail, postage prepaid, on the above date, to the following counsel of record:

Hugh F. Keefe, Esq.
Lynch, Traub, Keefe and Errante, PC
52 Trumbull Street
P.O. Box 1612
New Haven, CT 06506-1612

                                            _____
                                            JOHN R. WILLIAMS