FILED

2004 FEB 17  P 1:02

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

CAROL A. FOX                              :
                                          :
VS.                                       :   NO. 3:02CV1540 (WWE)
                                          :
TOWN OF EAST HAVEN,                       :
JOSEPH MATURO, JR.,                       :
LOUIS PANE,                               :
FRANK GENTILESCO and                      :
LOUIS CRISCUOLO                           :   FEBRUARY 12, 2004

## MOTION FOR EXTENSION OF TIME

The plaintiff, CAROL FOX, respectfully requests an extension of time of sixty (60) days, up to and including May 10, 2004, to respond and/or object to Defendants' First Set of Interrogatories and Production Requests, dated February 10, 2004.

In support of this motion, the plaintiff represents as follows:

1. He was served with Defendants' Interrogatories and Requests for Production through counsel on or about February 11, 2004.

2. Counsel is in the process of ascertaining responses to such requests and needs the additional time to comply with defendants' requests.

3. On February 12, 2004 this office attempted to contacted Attorney Hugh F. Keefe, attorney for the defendants. His position on this extension of time could not be ascertained.

Motion GRANTED
WARREN W. EGINTON
Senior United States District Judge
2-23-04