FILED

2004 FEB 17 P 12: 54

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CAROL A. FOX | : | |
| VS. | : | NO. 3:02CV1540(WWE) |
| TOWN OF EAST HAVEN, JOSEPH MATURO, JR., LOUIS PANE, FRANK GENTILESCO and LOUIS CRISCUOLO | : | FEBRUARY 13, 2004 |

## CONSENT MOTION FOR EXTENSION OF DEADLINES

The plaintiff respectfully moves for the extension of all deadlines in this matter, so that the parties can complete discovery. She moves, specifically:

    a. That discovery be completed by June 1, 2004;

    b. That disclosure of defendants' experts be made by May 1, 2004;

    c. That dispositive motions, if any, be filed by July 1, 2004;

    d. That the joint trial memorandum be filed within sixty days of the court's ruling on any dispositive motion or by August 1, 2004, whichever is later.

1. The defendants agree to this motion.

2. No prior motion for this purpose has been filed.

3. The extensions are necessary because of the time required by counsel for the parties to complete discovery.

*Motion GRANTED*
WARREN W. EGINTON
Senior United States District Judge
2-23-04