```
                                                    FILED

                                                    2004 MAY 20  P 12: 27

         UNITED STATES DISTRICT COURT               U.S. DISTRICT COURT
              DISTRICT OF CONNECTICUT               BRIDGEPORT, CONN
```

| | | |
|---|---|---|
| CAROL A. FOX | : | CASE NO. 3:02-CV-01540 (WWE) |
| V. | : | |
| TOWN OF EAST HAVEN, JOSEPH MATURO, JR., LOUIS PANE, FRANK GENTILESCO, and LOUIS CRISCUOLO | : | MAY 19, 2004 |

**UNOPPOSED THIRD MOTION FOR ENLARGMENT OF TIME**

The Defendants hereby move for an enlargement of time as to the current scheduling order. Pursuant to the current order, various deadlines were set with respect to completion of discovery and the filing of dispositive motions. For the reasons that will be explained herein, the Defendants represent that good cause exists for an extension of time. At this time, discovery has not yet been completed due to the trial schedule of counsel for both parties.

In the last month, the undersigned represented Peter Ellef in the matter of <u>In Re: Connecticut Ex Parte Application for Pro Hac Vice Admission of Steven F. Reich to serve as Special Counsel to the Select Committee of Inquiry of the House of Representatives Pursuant to House Resolution 702</u>, A.C. 25195, which is an appeal of a

1

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C. ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\EAST HAVEN\FOX\MOTION FOR ENLARGEMENT (THIRD) 5-18-04.DOC

trial court order granting Steven Reich *pro hac vice* admission to assist the Legislature's Select Committee of Inquiry investigating Governor John Rowland. In said appeal, the undersigned was ordered by the Connecticut Appellate Court to comply with an intense expedited briefing and argument schedule. Specifically, said schedule required submission of the undersigned's initial brief by April 9, 2004, submission of a reply brief by April 20, 2004 and attendance for oral argument on April 22, 2004.

In addition, on April 21, 2004, the undersigned was ordered by the Connecticut Superior Court, J. Langenbach, to comply with an expedited briefing and hearing schedule in the matter of In Re: Application of the Select Committee of Inquiry to Recommend Whether Sufficient Grounds Exist for the House of Representatives to Impeach Governor John G. Rowland Pursuant to Article Ninth of the State Constitution for an Order Enforcing Subpoenas, Docket No. CV-04-0833620. Said action was filed by the Select Committee of Inquiry against Peter Ellef to force compliance with its subpoena. The scheduling order required submission of Mr. Ellef's oppositional brief by April 26, 2004 followed by a hearing on April 28, 2004. Also, the undersigned is currently on trial in the complex litigation matter of Herbasway Laboratories, LLC v. James H. Zhou, Docket No. X03CV 01-0512689S, in New Britain Superior Court.

Preparation and representation at said trials and hearings required extensive time and the undersigned was unable to complete the discovery necessary to properly defend the above-captioned matter.

Lastly, the undersigned only recently received the plaintiff's compliance with written discovery (May 7, 2004). The deposition of the plaintiff is scheduled to go forward on Friday, May 28, 2004. However, in her discovery compliance, the plaintiff identified numerous other witnesses that allegedly aid her claim. As such, it is now necessary for the defendants to conduct more depositions than anticipated and will need the additional time to conduct such.[1]

As such, the undersigned respectfully requests an additional ninety (90) days in which to complete discovery which is necessary to the disposition of this case. All discovery, including the depositions of Plaintiff's experts, shall be completed by September 1, 2004. The disclosure of the Defendant's experts, if any, shall be provided by August 1, 2004. Dispositive motions shall be filed on or before October 1, 2004. A joint trial memorandum shall be filed by November 1, 2004, or thirty days after this

---

[1] Plaintiff identified approximately 28 individuals that witnessed or support her claims.

3
LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\EAST HAVEN\FOX\MOTION FOR ENLARGEMENT (THIRD) 5-18-04.DOC

Court rules on any summary judgment motion filed by the Defendants, whichever is later.

The undersigned represents that this is the third such request submitted by his office in this matter requesting an enlargement of time regarding the scheduling order. In addition, with respect to the present request, the undersigned represents that opposing counsel has no objection.

THE DEFENDANTS

BY: _____
HUGH F. KEEFE, ESQ.
52 Trumbull Street
P.O. Box 1612
New Haven, CT 06506
(203) 787-0275
Federal Bar No. ct05106

4
LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\EAST HAVEN\FOX\MOTION FOR ENLARGEMENT (THIRD) 5-18-04.DOC

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed on May 19, 2004 to all counsel and pro se parties of record as follows:

John R. Williams, Esq.
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

_____
Hugh F. Keefe

5
LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\EAST HAVEN\FOX\MOTION FOR ENLARGEMENT (THIRD) 5-18-04.DOC