motext

FILED

2004 MAY 20 P 12: 27

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CARL A. FOX : CASE NO. 3:02-CV-01540 (WWE)

V.

TOWN OF EAST HAVEN, JOSEPH MATURO, JR., LOUIS PANE, FRANK GENTILESCO, and LOUIS CRISCUOLO : MAY 19, 2004

**UNOPPOSED THIRD MOTION FOR ENLARGMENT OF TIME**

The Defendants hereby move for an enlargement of time as to the current scheduling order. Pursuant to the current order, various deadlines were set with respect to completion of discovery and the filing of dispositive motions. For the reasons that will be explained herein, the Defendants represent that good cause exists for an extension of time. At this time, discovery has not yet been completed due to the trial schedule of counsel for both parties.

In the last month, the undersigned represented Peter Ellef in the matter of In Re: Connecticut Ex Parte Application for Pro Hac Vice Admission of Steven F. Reich to serve as Special Counsel to the Select Committee of Inquiry of the House of Representatives Pursuant to House Resolution 702, A.C. 25195, which is an appeal of a

Motion Granted.
Discovery cutoff date 9-1-04
Dispositive Motions due by 10-1-04
SO ORDERED
Warren W. Eginton, Sr. U.S.D.J.
5/26/2004

FILED
2004 MAY 25 A 10:07
U.S. DISTRICT COURT
BRIDGEPORT CONN

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C. ATTORNEYS AT LAW
52 TRUMBULL STREET P.O. BOX 1612 NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275 FACSIMILE (203) 782-0278

W:\EAST HAVEN\FOX\MOTION FOR ENLARGEMENT (THIRD) 5-18-04.DOC