UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CAROL A. FOX | : | |
| | : | |
| VS. | : | NO. 3:02CV0154 (WWE) |
| | : | |
| TOWN OF EAST HAVEN, JOSEPH MATURO, JR., LOUIS PANE, FRANK GENTILESCO and LOUIS CRISCUOLO | : | AUGUST 20, 2004 |

A P P E A R A N C E

    Please enter my appearance on behalf of the above-captioned Plaintiff, Carol A. Fox, in connection with this matter.

THE PLAINTIFF

BY_____
    Katrena Engstrom
    Federal Bar No. ct09444
    Williams & Pattis, LLC
    51 Elm Street, Suite 409
    New Haven, CT 06510
    Tel: (203) 562-9931
    Fax: (203) 776-9494

CERTIFICATION OF SERVICE

On the date above stated, copies hereof were hand delivered to the following attorneys and pro se parties of record:

Nancy Fitzpatrick, Esq.
Lynch, Traub, Keefe and Errante
52 Trumbull Street
New Haven, CT 06506

_____
Katrena Engstrom