UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CAROL A. FOX | : | CASE NO. 3:02-CV-01540 (WWE) |
| | : | |
| V. | : | |
| | : | |
| TOWN OF EAST HAVEN, JOSEPH | : | |
| MATURO, JR., LOUIS PANE, FRANK | : | |
| GENTILESCO, and LOUIS CRISCUOLO | : | AUGUST 20, 2004 |

**JOINT MOTION FOR ENLARGMENT OF TIME**

The Plaintiff and Defendants hereby move for an enlargement of time as to the current scheduling order. Pursuant to the current order, various deadlines were set with respect to completion of discovery and the filing of dispositive motions. For the reasons that will be explained herein, the parties represent that good cause exists for an extension of time. At this time, discovery has not yet been completed due to the trial schedule of counsel for both parties, as well as the voluminous amount of material being produced and reviewed during discovery.

During August, 2004, defense counsel has been out of state for both personal and business reasons. He is currently preparing for several trials scheduled to begin in September and early October. He is scheduled to begin trial in Matrix Associates v. Light Sources, Inc., Docket No. CV-02-0078794-S, State of Connecticut v. Jonathan Prete, MV 03 10422 and CR 03 15798, and Delvecchio v. Town of East Haven, Docket No. CV 02 0459710 S. In addition, he is scheduled for a hearing on August 31, 2004 in the Complex Litigation matter of Herbsaway Laboratories, Inc. v. James H. Zhou, et al., Docket No. X03-CV-01-0512689-S. Preparation and representation for said trials and hearing required extensive time and the undersigned was unable to complete the discovery necessary to properly defend the above-captioned matter.

Aside from schedule conflicts, discovery has not been completed due to the amount of documents produced during discovery and the numerous individuals identified as witnesses.

Specifically, the plaintiff has produced volumes of documents in response to the defendants' Requests for Production, some of which need to be reviewed at plaintiff's counsel's office, and has identified 28 witnesses with information supportive of her claims. As such, the time needed to complete discovery is longer than originally anticipated.

As such, the Plaintiff and Defendants respectfully request an additional sixty (60) days in which to complete discovery which is necessary to the disposition of this case. All discovery, including the depositions of Plaintiff's experts, shall be completed by November 1, 2004. The disclosure of the Defendant's experts, if any, shall be provided by October 1, 2004. Dispositive motions shall be filed on or before December 1, 2004. A joint trial memorandum shall be filed by January 2, 2005, or thirty days after this Court rules on any summary judgment motion filed by the Defendants, whichever is later.

This is the third such request submitted by defense counsel's office in this matter requesting an enlargement of time regarding the scheduling order.

THE DEFENDANTS

BY:_____
    HUGH F. KEEFE, ESQ.
    Federal Bar No. ct05106
    52 Trumbull Street
    P.O. Box 1612
    New Haven, CT 06506
    (203) 787-0275

THE PLAINTIFF

BY: _____.
    KATRENA ENGSTROM, ESQ.
    Fed. Bar No. 09444
    Williams & Pattis, LLC
    51 Elm Street, Suite 409
    New Haven, CT 06510
    (203) 562-9931