UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CAROL A. FOX | : | CASE NO. 3:02-CV-01540 (WWE) |
| | : | |
| V. | : | |
| | : | |
| TOWN OF EAST HAVEN, JOSEPH | : | |
| MATURO, JR., LOUIS PANE, FRANK | : | |
| GENTILESCO, and LOUIS CRISCUOLO | : | OCTOBER 29, 2004 |

**MOTION FOR ENLARGMENT OF TIME (UNOPPOSED)**

The Defendants, Town of East Haven, Joseph Maturo, Jr., Louis Pane, Frank Gentilesco and Louis Criscuolo hereby move for an enlargement of time as to the current scheduling order. Pursuant to the current order, various deadlines were set with respect to completion of discovery and the filing of dispositive motions. For the reasons that will be explained herein, the defendants represent that good cause exists for an extension of time. At this time, discovery has not yet been completed due to the trial schedule of defense counsel, as well as the voluminous amount of material being produced and reviewed during discovery.

Defense counsel is currently on trial in the criminal matter, <u>State of Connecticut v. Jonathan Prete</u>, MV 03 10422 and CR 03 15798. Said trial began in the beginning of

1

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275  FACSIMILE (203) 782-0278

W:\EAST HAVEN\FOX\MOTION FOR ENLARGEMENT (FIFTH) 10-29-04.DOC

October and is expected to last until the end of December. In addition to said trial, over the last month defense counsel has been involved in the preparation of two appellate briefs for the Connecticut Appellate Court in the matters <u>University of Connecticut, et al. v. University of Miami, et al.</u>, AC 24766, and <u>University of Connecticut, et al. v. Atlantic Coast Conference, et al.</u>, AC 25165/25217. Preparation for said trial and appellate briefs required extensive time and the undersigned was unable to complete the discovery necessary to properly defend the above-captioned matter.

Aside from schedule conflicts, discovery has not been completed due to the amount of documents produced during discovery and the numerous individuals identified as witnesses. Specifically, the plaintiff has produced volumes of documents in response to the defendants' Requests for Production, some of which need to be reviewed at plaintiff's counsel's office, and has identified 28 witnesses with information supportive of her claims.

As such, the Defendants respectfully request an additional sixty (60) days in which to complete discovery which is necessary to the disposition of this case. All discovery, including the depositions of Plaintiff's experts, shall be completed by January 2, 2005. Dispositive motions shall be filed on or before February 2, 2005. A

2

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\EAST HAVEN\FOX\MOTION FOR ENLARGEMENT (FIFTH) 10-29-04.DOC

joint trial memorandum shall be filed by March 2, 2005, or thirty days after this Court rules on any summary judgment motion filed by the Defendants, whichever is later.

This is the fifth such request submitted by defense counsel's office in this matter requesting an enlargement of time regarding the scheduling order.  In addition, with respect to the present request, the undersigned represents that opposing counsel has no objection.

THE DEFENDANTS

BY: /s/ Hugh F. Keefe (NAF)
HUGH F. KEEFE, ESQ.
Federal Bar No. ct05106
52 Trumbull Street
P.O. Box 1612
New Haven, CT 06506
(203) 787-0275

3

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\East Haven\Fox\Motion for Enlargement (Fifth) 10-29-04.doc

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed on October 29, 2004 to all counsel and pro se parties of record as follows:

Katrena Engstrom, Esq.
John Williams, Esq.
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

_____ (NAF)
Hugh F. Keefe

4

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\EAST HAVEN\FOX\MOTION FOR ENLARGEMENT (FIFTH) 10-29-04.DOC