UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CAROL A. FOX | : | CASE NO. 3:02-CV-01540 (WWE) |
| | : | |
| V. | : | |
| | : | |
| TOWN OF EAST HAVEN, JOSEPH | : | |
| MATURO, JR., LOUIS PANE, FRANK | : | |
| GENTILESCO, and LOUIS CRISCUOLO | : | FEBRUARY 2, 2005 |

## MOTION FOR ENLARGMENT OF TIME

The Defendants, Town of East Haven, Joseph Maturo, Jr., Louis Pane, Frank Gentilesco and Louis Criscuolo hereby move for an enlargement of time as to the current scheduling order.  Pursuant to the current order, various deadlines were set with respect to completion of discovery and the filing of dispositive motions.  For the reasons that will be explained herein, the defendants represent that good cause exists for an extension of time.

On December 13, 2004, defense counsel proceeded with the continued deposition of the plaintiff, Carol Fox, after reviewing the boxes of documents produced by plaintiff's counsel.  Due to time constraints, the deposition was not completed on said date.  Following the deposition, defense counsel spoke with plaintiff's counsel, Kim

1

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

Waisonovitz, regarding scheduling the completion of the deposition prior to the expiration of the discovery deadline. Attorney Waisonovitz represented at that time that such would not be possible due to transitions in her office. When asked when counsel would be available to complete the deposition, Attorney Waisonovitz represented that a three-month window would be sufficient. Accordingly, defense counsel would like to schedule the completion of the plaintiff's deposition for February 18, 2005 at 10:00 a.m.

An extension on the dispositive motions deadline is requested due to the need to complete the plaintiff's deposition and due to defense counsel's trial schedule. In the last month, defense counsel was scheduled for trial in the following matters, Ventura v. Cahill, et al., Docket No. CV 01 0448345 S (which was consolidated with Geico A/S/A Patricia Blackstone v. Town of East Haven, et al., Docket No. CV 01 0450798 S) and Delvecchio v. Town of East Haven, Docket No. CV 02 0459710-S. Although the Ventura matter settled on the first day of trial, the Delvecchio matter went to trial.

In addition to preparing for said trials, defense counsel was required to prepare and file a post trial brief in Nationwide Insurance Company v. Town of East Haven, Docket No. CV-01-0458327-S, and an appellate brief in State of Connecticut v. Eric

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

Edman, A.C. 25033.  Lastly, defense counsel prepared for and participated in mediation for the Complex Litigation matters <u>Town of West Hartford v. Wright, et al</u>., Docket No. X02 CV03 0184346 S, <u>Town of New Hartford v. Connecticut Resources Recovery Authority, et al</u>., Docket No. X02 CV04 0185580 S, and <u>Town of New Hartford v. John Rowland, et al</u>., Docket No. X02 CV04 0184932 S.  Preparation for said trials, mediation and briefs required extensive time and the undersigned was unable to re-schedule the completion of the plaintiff's deposition nor prepare a dispositive motion in this matter.

As such, the Defendants respectfully request an additional sixty (60) days in which to complete the plaintiff's deposition and prepare their dispositive motion. Accordingly, the Plaintiff's deposition will be complete and dispositive motions shall be filed by April 2, 2005.  A joint trial memorandum shall be filed by May 2, 2005, or thirty days after this Court rules on any summary judgment motion filed by the Defendants, whichever is later.

This is the sixth such request submitted by defense counsel's office in this matter requesting an enlargement of time regarding the scheduling order.  In addition, with respect to the present request, the undersigned states that plaintiff's counsel's has no objection to this motion.

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\EAST HAVEN\FOX\MOTION FOR ENLARGEMENT (SIXTH) 2-2-05.DOC

THE DEFENDANTS


BY:_____
      HUGH F. KEEFE, ESQ.
      Federal Bar No. ct05106
      52 Trumbull Street
      P.O. Box 1612
      New Haven, CT 06506
      (203) 787-0275


## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed on February 2, 2005 to all counsel and pro se parties of record as follows:

John Williams, Esq.
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510


_____
      Hugh F. Keefe

4

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\East Haven\Fox\Motion for Enlargement (Sixth) 2-2-05.doc