UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CAROL A. FOX | : | CASE NO. 3:02-CV-01540 (WWE) |
| | : | |
| V. | : | |
| | : | |
| TOWN OF EAST HAVEN, JOSEPH | : | |
| MATURO, JR., LOUIS PANE, FRANK | : | |
| GENTILESCO, and LOUIS CRISCUOLO | : | MARCH 17, 2005 |

**DEFENDANTS' MOTION FOR LEAVE TO COMPLETE THE PLAINTIFF'S DEPOSITION, OR IN THE ALTERNATIVE, MOTION TO COMPEL THE PLAINTIFF'S ATTENDANCE AT HER CONTINUED DEPOSITION**

The Defendants hereby move for leave to complete the plaintiff's deposition, or in the alternative, move to compel the plaintiff's attendance at her continued deposition. A memorandum of law fully setting forth the basis of this motion has been filed simultaneously herewith.

THE DEFENDANTS

BY:_____
HUGH F. KEEFE, ESQ.
52 Trumbull Street
P.O. Box 1612
New Haven, CT 06506
(203) 787-0275
Federal Bar No. ct05106

1

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\EAST HAVEN\FOX\MOTION TO COMPEL ATTENDANCE 3-16-05.DOC

CERTIFICATION

I hereby certify that a copy of the foregoing was mailed on March 17, 2005 to all counsel and pro se parties of record as follows:

John R. Williams, Esq.
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

                                              Hugh F. Keefe

2
LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\EAST HAVEN\FOX\MOTION TO COMPEL ATTENDANCE 3-16-05.DOC