```
 1  UNITED STATES DISTRICT COURT

 2  DISTRICT OF CONNECTICUT

 3                                            COPY

 4  NO.302CV01540(WWE)

 5  MAY 28, 2004

 6  ------------------------------------

 7  CAROL A. FOX,

 8                      Plaintiff

 9            -vs-

10  TOWN OF EAST HAVEN,
    JOSEPH MATURO, JR.,
11  LOUIS PANE,
    FRANK GENTILESCO, and
12  LOUIS CRISCUOLO,

13                      Defendant

14  ------------------------------------

15

16           DEPOSITION OF CAROL A. FOX

17  APPEARANCES:

18      WILLIAMS and PATTIS, LLC
          Attorneys for the Plaintiff
19        51 Elm Street, Suite 409
          New Haven, Connecticut  06510
20        (203) 562-9931
        BY:   KIM COLEMAN WAISONOVITZ, ATTORNEY-AT-LAW
21
        LYNCH, TRAUB, KEEFE AND ERRANTE, P.C.
22        Attorneys for the Defendant
          52 Trumbull Street
23        New Haven, Connecticut  06506-1612
          (203) 787-0275
24      BY:   NANCY FITZPATRICK, ATTORNEY-AT-LAW

25
```

```
 1      Deposition of CAROL A. FOX, a plaintiff in the
 2   hereinbefore-entitled action, taken by the defendant,
 3   Attorney Nancy Fitzpatrick, pursuant to Notice before
 4   Jean Kindley, a duly qualified Notary Public in and for the
 5   State of Connecticut, held at the law offices of
 6   Lynch, Traub, Keefe & Errante, 52 Trumbull Street, New
 7   Haven, Connecticut, on May 28, 2004 at 11:00 a.m.
 8                    S T I P U L A T I O N S
 9      It is hereby stipulated and agreed by and between
10   counsel for the respective parties that all formalities
11   in connection with taking of this deposition, including
12   time, place, sufficiency of and the authority of the
13   officer before whom it is being taken may be and are
14   hereby waived;
15      It is further stipulated and agreed that objections
16   other than as to form are reserved to the time of trial.
17      It is further stipulated and agreed that a Notary
18   Public may notarize said deposition;
19      It is further stipulated and agreed that the
20   deposition is to be filed with the United States District
21   Court, District of Connecticut upon request.
22
23
24
25
```

1       Q       They have two directors at the office of policy
2    and management now?
3       A       Art DeSarbo is the director and Frank Gentilesco
4    is the assistant director.
5       Q       Okay.
6               MS. FITZPATRICK:  Off the record for a
7           second.
8           (Whereupon, there was a discussion off the
9           record.)
10   BY MS. FITZPATRICK:
11      Q       Okay.  Back on the record.
12              What I'm going to do is there is a number of
13   incidents raised in your complaint and I'm going to go
14   through each incident with you.
15      A       Yes.
16      Q       I want to start out with the August 15th, 1997
17   termination.  Why don't you describe to me what occurred in
18   terms of that termination.
19      A       I was accused of taking a sum of money.
20      Q       Okay.  Who accused you of this?
21      A       The town.
22      Q       Any individuals in particular?
23      A       Lou Zullo; the mayor, who was then Henry Luzzi,
24   Hank Luzzi; they had a new finance director that was Paul
25   Rizza, who is still the finance director; Louis Criscuolo,

```
 1   Linck's purchase orders on Lou Pane's behalf?
 2        A     Yes.
 3        Q     So, you remember signing on his behalf?
 4        A     Yes.
 5        Q     And did you initial on there that it was your
 6   signature on those purchase orders?
 7        A     Yes.
 8        Q     Do you have those purchase orders?
 9        A     Copies.
10        Q     You have them in your possession?  I don't mean
11   here with you, just --
12        A     No, I believe that John Williams has those.
13              MS. FITZPATRICK:  All right.  Off the
14        record for a second.
15              (Whereupon, there was a discussion off the
16        record.)
17   BY MS. FITZPATRICK:
18        Q     All set?
19        A     Oh, yes.
20        Q     Okay.
21        A     Yes.
22        Q     Okay.  We were discussing, excuse me, events in
23   your complaint, and we discussed the termination.  I want to
24   move on to another thing that you raised in there, and one
25   is a policy regarding cash.
```

1   I found out that that woman was the mayor's mother?

2   A       He found out at this function.

3   Q       Okay.

4   A       And then I imagine that it was as soon as he
5   came, I would say the next workday when he came back.

6   Q       Right.  I don't think you answered my question.
7           My question is not from when he found out at the
8   mayor's event to the time he told you, my question is from
9   the time that Miss DeStefano --

10  A       DeStefano.

11  Q       DeStefano.

12          MS. WAISONOVITZ:  You don't know the
13          mayor's name?

14          MS. FITZPATRICK:  I do know but I can never
15          spit it out.

16  BY MS. FITZPATRICK:

17  Q       From the time she came into your office to the
18  time Lou told you that he found out that was the mayor's
19  mother, how much time had gone on between that?

20  A       Oh, I don't know.

21  Q       Was it more than a week, less than a week?

22  A       Probably more than a week.  Maybe less than a
23  week.  That was a shock to me, I know it was to him too.

24          (Whereupon, there was a discussion off the
25          record.)

```
 1                    close.
 2                         THE WITNESS:  I'm okay.  My back starts
 3                    every now and then.
 4                         MS. FITZPATRICK:  We'll take a break to
 5                    stretch out.  Stretch your legs.
 6                         THE WITNESS:  Break.
 7                         (Whereupon, there was a short recess.)
 8                         MS. FITZPATRICK:  Mark this.
 9                         (Whereupon, a letter was marked
10                    as Defendant's Exhibit 2 for identification.)
11   BY MS. FITZPATRICK:
12        Q       I'm going to show you Defendant's Exhibit 2.
13   Take a look at this.  Let me know if you have seen this
14   before?
15        A       Oh, I did mail her the letter.  Okay.  Oh, this
16   is the letter that I wrote her, yeah, okay.
17        Q       So, this is the letter that you sent to the
18   mayor's mother?
19        A       Yes, that's my signature.
20        Q       You sent it by mail or what are you looking for?
21        A       Return, right here.
22        Q       At the bottom of the page, you see return
23   receipt?
24        A       Yes.  Yup.
25        Q       Okay.
```

```
 1      Q     Oh, sure.  Was it your understanding on October
 2  28th of 2000 that you were in charge of the scavenger hunt?
 3      A     Definitely.
 4      Q     Okay.  And it was not your -- was your
 5  understanding -- strike that.
 6            Off the record.
 7               (Whereupon, there was a discussion off the
 8               record.)
 9               (Whereupon, the court reporter read back
10               the previous question and answer.)
11               THE WITNESS:  Lou made that abundantly
12               clear, you could put that in there too, because
13               if he told me once, he told me ten times.
14  BY MS. FITZPATRICK:
15      Q     Lou made it abundantly clear that it was you
16  that was going to be in charge?
17      A     Yeah, he also told the men that.  I knew what
18  the method to his madness was.
19      Q     What do you mean he told the men?
20      A     That I was going to be in charge.  Carol is
21  going to be in charge.
22      Q     So, Ted Musco, and Sal Corvi, and Anne Santello,
23  all of them knew that you were in charge of the scavenger
24  hunt?
25      A     Yes.  About the only one who did listen was Sal.
```

1  vacation as well.
2  Q   Okay. So, as far as you know, the policy
3  regarding sick days has not changed since you have been
4  there with the exception of the document itself that you
5  have to fill out?
6  A   With the exception of the document. As far as I
7  know, you have to have a certain amount of sick time to take
8  sick time.
9  Q   I'm not trying to be difficult with you.
10 A   The document -- you are trying to be difficult.
11 Q   Listen to my question. Other than the change of
12 document, has there been any other policy change in regards
13 to sick days?
14 A   Not to my knowledge.
15 Q   Okay. Thank you.
16        THE WITNESS: Strike that that I was
17        telling her she was difficult.
18        MS. WAISONOVITZ: You can't tell her to
19        strike anything. It doesn't work that way, no,
20        no.
21        THE WITNESS: Okay.
22        MS. WAISONOVITZ: You just have to sit
23        there and answer the questions the best you can.
24        (Whereupon, there was a discussion off the
25        record.)

1  thing on the cash register, and the cash register is new
2  too, I never had to do that.
3      Q   Okay.  The voucher policy in general, when that
4  was issued, who was that issued to apply to?
5      A   (Pause.)
6      Q   For instance, when you were told about this
7  policy, was this a policy directly for you or for anyone who
8  had vouchers?
9      A   After my -- after I returned?
10     Q   Let me start over.
11     A   Yes.
12     Q   When you were reinstated, there was a new policy
13 regarding the number of vouchers that you could have at one
14 time, correct?
15     A   Right.
16     Q   This was limited to 25 vouchers, is that
17 correct?
18     A   Fifty, I think it was, 25.  I don't remember.
19     Q   Okay.  Either 25 or 50?
20     A   Thirty-five, it was in the middle.
21     Q   We'll just say that there was a limit?
22     A   There was a limit.
23     Q   A limit on the number.
24          MS. FITZPATRICK:  Hold on.  Off the record
25          for a second.

1  for any repairs and stuff that has to be done at the rink,
2  that the maintenance crew can't handle.
3       Q    Okay. Is he a friend of yours?
4       A    No, I barely know him. Just to say hello.
5       Q    Do you ever remember ever speaking to him about
6  the scavenger incident?
7       A    I don't remember. I was very upset after that,
8  what happened.
9       Q    All right. Well, we'll keep the deposition
10 open, but I'm going to adjourn now. We'll keep it open and
11 ask further questions about your complaint as well as
12 follow-up on the discovery issues that I already spoke to
13 your counsel about. So, I will see you again. I don't know
14 the date yet, but I will definitely let your counsel know.
15          (Whereupon, the deposition concluded at
16          4:45 p.m.)
17          (Whereupon, the exhibits were retained by
18          counsel.)
19
20
21
22
23
24
25

```
 1                      CERTIFICATE
 2   STATE OF CONNECTICUT
 3                         ss:   New Haven
 4   COUNTY OF NEW HAVEN
 5
 6              I, Jean Kindley, a Notary Public in and
 7   for the State of Connecticut, duly commissioned and
 8   qualified and authorized to administer oaths, do hereby
 9   certify that I was attended at the law office of Lynch,
10   Traub, Keefe & Errante, 52 Trumbull Street, New Haven,
11   Connecticut, on May 28, 2004, starting at 11:00 a.m., by
12   counsel for the respective parties as appears in the
13   herein-entitled cause and the deponent named in the
14   foregoing deposition, to wit: CAROL A. FOX; that said
15   deponent was by me duly sworn and thereupon testified as
16   appears in the foregoing deposition; that said deposition
17   was taken stenographically by me in the presence of counsel
18   for the respective parties and reduced to typewriting
19   under my direction; that the foregoing is a true and
20   correct transcript of the testimony.
21              I also certify that I am neither of
22   counsel nor attorney to either of the parties to said
23   suit, nor am I an employee of either party to said suit,
24   or of either counsel in said suit, nor am I interested
25   in the outcome of said cause.
```

```
 1         Witness my hand and Seal as such Notary Public
 2  at New Haven, Connecticut this 28th day of May, 2004.
 3
 4
 5    _____/s/ Jean Kindley_____          NOTARY PUBLIC
 6
 7
 8
 9  My Commission Expires:
10  November 30, 2007
11
12  CSR NO. 003
```