1  UNITED STATES DISTRICT COURT

2  DISTRICT OF CONNECTICUT

3

4  CASE NO:3:02-CV-01540(WWE)

5  DECEMBER 13, 2004

6  ----------------------------------------

7  CAROL A. FOX

8                    Plaintiff

9              -vs-

10  TOWN OF EAST HAVEN, JOSEPH MATURO, JR.
    LOUIS PANE, FRANK GENTILESCO, AND
11  LOUIS CRISCUOLO

12                    Defendant

13  ----------------------------------------

14

15          CONTINUED DEPOSITION OF CAROL A. FOX

16  APPEARANCES:

17          WILLIAMS & PATTIS, LLC
              Attorneys for the Plaintiff
18            51 Elm Street
              New Haven, Connecticut 06510
19          BY:  KIM WAISONOVITZ, ESQ.

20          LYNCH, TRAUB, KEEFE & ERRANTE
              Attorneys for the Defendant
21            52 Trumbull Street
              New Haven, Connecticut 06510
22          BY:  NANCY A. FITZPATRICK, ESQ.

23  REPORTED BY:  VICTORINE KALISZEWSKI
    LICENSE NUMBER: 00208
24

25

COPY

1    Continued deposition of CAROL A. FOX, a Plaintiff in the

2    hereinbefore-entitled action, taken by the Defendant

3    Town of East Haven, Joseph Maturo, Jr., Louis Pane, Frank

4    Gentilesco, and Louis Criscuolo, pursuant to Notice before

5    Victorine Kaliszewski, a duly qualified Notary Public in and for

6    the State of Connecticut, held at the law offices of Lynch,

7    Traub, Keefe & Errante, 52 Trumbull Street, New Haven,

8    Connecticut on December 13, 2004 at 11:30 a.m.

9                    S T I P U L A T I O N S

10        It is hereby stipulated and agreed by and between counsel

11   for the respective parties that all formalities in connection

12   with taking of this deposition, including time, place,

13   sufficiency of and the authority of the officer before

14   whom it is being taken may be and are hereby waived;

15        It is further stipulated and agreed that objections

16   other than as to form are reserved to the time of trial.

17        It is further stipulated and agreed that a Notary

18   Public may notarize said deposition.

19

20

21

22

23

24

25

1  Yeah, I remember that phrase.

2      Q     So, you remember agreeing to this agreement?

3      A     Yes, I do.

4      Q     Are there any other agreements similar to this

5  that you reached with the Town during your employment?

6      A     There are some.

7      Q     Okay.  And have you produced those to your

8  attorney?

9      A     Yes, I have.

10         MS. FITZPATRICK:  Off the record.

11         (Whereupon, a brief discussion was held

12         Off the record.)

13         MS. FITZPATRICK:  Back on the record.

14  BY MS. FITZPATRICK:

15      Q     Miss Fox, in addition to this Exhibit 6, you

16  believe there's one other agreement you reached between

17  yourself and the Town of East Haven?

18      A     One other with similar type wording.

19      Q     Okay.  And that is in regards to the

20  October 2000 scavenger hunt incident?

21      A     That is in regard to that incident.

22      Q     Are there other agreements in regards to

23  disciplinary action with the Town of East Haven that you

24  reached agreements with?

25      A     There are quite a few, but I can't recall them

51

1          MS. FITZPATRICK:  Recess.

2          (Whereupon, the deposition stood in luncheon

3     recess.)

4          (Whereupon, the deposition resumed.)

5          MS. WAISONOVITZ:  I just want to clarify

6     the record.  I had a discussion with my client

7     regarding copying records and it was common

8     practice with them all -- if you want to drill

9     her more on this -- it was common practice for

10    all the employees to copy records and they had

11    approval and there was never a policy against

12    copying any records.

13  BY MS. FITZPATRICK:

14     Q     Just to clarify that a little further.

15           So, it's your position that you were allowed to

16  make copies of records that were in the files in your office?

17     A     Yes.

18     Q     And you had permission from whom to do that?

19     A     Nobody ever gave verbal permission for anything

20  of that nature.

21     Q     Okay.

22     A     There was neither permission nor not

23  permission, they just did it.  We all did it.  Louie Pane

24  included.

25     Q     And in terms of removing those copies or parts

CERTIFICATE

STATE OF CONNECTICUT

ss:  New Haven

COUNTY OF NEW HAVEN


        I, Victorine Kaliszewski, a Notary Public in and

for the State of Connecticut, duly commissioned and qualified

and authorized to administer oaths, do hereby certify that I

was attended at the law office of Lynch, Traub, Keefe & Errante,

52 Trumbull Street, New Haven, Connecticut, on

December 13, 2004, starting at 11:30 a.m., by counsel for the

respective parties as appears in the herein-entitled cause and

the deponent named in the foregoing deposition, to wit:

CAROL A. FOX; that said deponent was by me duly sworn

and thereupon testified as appears in the foregoing deposition;

that said deposition was taken stenographically by me in the

presence of counsel for the respective parties and reduced

to typewriting under my direction; that the foregoing is a true

and correct transcript of the testimony.

        I also certify that I am neither of counsel nor

attorney to either of the parties to said suit, nor am I an

employee of either party to said suit, or of either counsel in

said suit, nor am I interested in the outcome of said cause.

1              Witness my hand and Seal as such Notary Public

2   at New Haven, Connecticut this 20th day of December, 2004.

3

4

5   _____                NOTARY PUBLIC

6

7

8

9   My Commission Expires:

10  November 30, 2005

11

12  CSR NO. 00208