**FILE COPY**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CAROL A. FOX | : CASE NO. 3:02-CV-01540 (WWE) |
| V. | : |
| TOWN OF EAST HAVEN, JOSEPH MATURO, JR., LOUIS PANE, FRANK GENTILESCO, and LOUIS CRISCUOLO | : FEBRUARY 17, 2005 |

### RE-NOTICE OF CONTINUED DEPOSITION

PLEASE TAKE NOTICE THAT on Thursday, March 10, 2004 at 10:00 a.m., pursuant to F.R.C.P. Rule 30, the defendants in the above-entitled action will continue taking the deposition of the plaintiff, **Carol A. Fox**, before Brandon Smith Reporting Service, LLC, or other competent authority, at the law offices of Lynch, Traub, Keefe and Errante, 52 Trumbull Street, New Haven, Connecticut.

The oral examination will continue from day to day until completed. You are invited to attend and cross-examine.

1

Lynch, Traub, Keefe and Errante, P. C.  Attorneys at Law
52 Trumbull Street  P.O. Box 1612  New Haven, Connecticut 06506-1612
Telephone (203) 787-0275  Facsimile (203) 782-0278

W:\East Haven\Fox\Deposition Re-Notice for Carol Fox 2-16-05.doc

THE DEFENDANTS
TOWN OF EAST HAVEN, JOSEPH MATURO, JR., LOUIS PANE, FRANK GENTILESCO and LOUIS CRISCUOLO

BY: _____
HUGH F. KEEFE, ESQ.
52 Trumbull Street,
P.O. Box 1612
New Haven, CT 06596
(203) 787-0275
Federal Bar No. ct05106

## CERTIFICATION

I hereby certify that a copy of the above was mailed on February 17, 2005 to all counsel and pro se parties of record as follows:

John Williams, Esq.
Katrena Engstrom, Esq.
51 Elm Street
New Haven, CT 06510

_____
Hugh F. Keefe

2

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\EAST HAVEN\FOX\DEPOSITION RE-NOTICE FOR CAROL FOX 2-16-05.DOC