# JOHN R. WILLIAMS and ASSOCIATES, LLC

JOHN R. WILLIAMS
KATRENA ENGSTROM
TIMOTHY J. MAHONEY
JOSEPH M. MERLY

51 Elm Street, Suite 409
New Haven, CT 06510
(203) 562-9931
Facsimile (203) 776-9494
E-MAIL: jrw@johnrwilliams.com

PATRICIA A. AFFIE, *Office Manager*

February 20, 2005

Hugh F. Keefe, Esq.
P. O. Box 1612
New Haven, CT 06596

      Re:    *Carol A. Fox vs. Town of East Haven, et al.*
              *No. 3:02CV1540(WWE)*

Dear Hugh:

    I have received your Notice dated February 17, scheduling yet another session of the plaintiff's deposition on March 10.

    As you know, Rule 30(d)(2) of the Federal Rules of Civil Procedure limits depositions to seven (7) hours. My calculations indicate that your office so far has deposed Ms. Fox for about twice that amount of time. Accordingly, I object to deposing her any further and ask you to agree to withdraw this Notice.

                                    Sincerely,

                                    JOHN R. WILLIAMS

**LYNCH, TRAUB, KEEFE AND ERRANTE**
A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELLORS AT LAW

\*\* HUGH F. KEEFE
† STEVEN J. ERRANTE
°° JOHN J. KEEFE, JR.
\* DONN A. SWIFT
    CHARLES E. TIERNAN III
    ROBERT W. LYNCH
    RICHARD W. LYNCH
† TIMOTHY P. POTHIN
    ERIC P. SMITH
    NICOLE M. FOURNIER
    LOUIS M. RUBANO
† MARISA A. BELLAIR
£ NANCY A. FITZPATRICK

\* STEPHEN I. TRAUB, OF COUNSEL
° WILLIAM C. LYNCH, RETIRED

52 TRUMBULL STREET
P.O. BOX 1612
NEW HAVEN, CONNECTICUT 06506-1612

PHONE:      (203) 787-0275
FAX:        (203) 782-0278
E-MAIL:     LAWYERS@LTKE.COM
INTERNET:   HTTP://WWW.LTKE.COM

\* BOARD CERTIFIED CIVIL TRIAL LAWYER
°° BOARD CERTIFIED CRIMINAL TRIAL LAWYER
\*\* BOARD CERTIFIED CIVIL AND
    CRIMINAL TRIAL LAWYER
† ALSO ADMITTED IN NEW YORK
° ALSO ADMITTED IN DISTRICT OF COLUMBIA
£ ALSO ADMITTED IN FLORIDA

February 23, 2005

John R. Williams, Esq.
John R. Williams & Associates, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

Re:   Carol Fox v. Town of East Haven, et al.
      Our File No. 11111-111

Dear John:

I am in receipt of your Feb. 20, 2005 letter to Attorney Keefe requesting that we withdraw the Re-Notice of the plaintiff's deposition scheduled to go forward on March 10, 2005 at 10:00 a.m. As you may recall, at the conclusion of the plaintiff's deposition on Dec. 13, 2004, Attorney Waisonovitz agreed to complete the plaintiff's deposition on another date in the future. I requested that we schedule the completion of the deposition prior to the discovery deadline. She stated that would not be possible and asked that we instead seek an enlargement of time in light of the recent transitions in your office. I agreed to request such an extension, which as you know was granted by the Court. In addition, I reiterated this discussion to you recently when I obtained your position on the defendants' last motion for enlargement. I explained that we intended to complete the plaintiff's deposition and file a dispositive motion. You represented that you did not have an objection to either. Accordingly, we will proceed with the plaintiff's deposition on March 10th.

Very truly yours,

Nancy A. Fitzpatrick

W:\East Haven\Fox\Letter to J Williams re depo 2-23-05.doc

# JOHN R. WILLIAMS and ASSOCIATES, LLC

JOHN R. WILLIAMS
KATRENA ENGSTROM
TIMOTHY J. MAHONEY
JOSEPH M. MERLY

PATRICIA A. AFFIE, *Office Manager*

51 Elm Street, Suite 409
New Haven, CT 06510
(203) 562-9931
Facsimile (203) 776-9494
E-MAIL: jrw@johnrwilliams.com

February 26, 2005

Attorney Nancy A. Fitzpatrick
Lynch, Traub, Keefe and Errante, P.C.
P. O. Box 1612
New Haven, CT 06596

        *Re:    Carol A. Fox vs. Town of East Haven, et al.*
               *No. 3:02CV1540(WWE)*

Dear Nancy:

     Responding to your letter of February 23, my objection is not to the fact that you have selected a particular date to depose the plaintiff. We are not playing timing games. My problem is that, having gone over the voluminous deposition transcripts of my plaintiff to date, and having discussed it with her, I find that you have gone on far too long. It just becomes abusive after awhile, which is the reason for the federal rule limiting the length of depositions. Enough is enough, for heaven's sake. What more do you need to know from this poor woman?

                                 Sincerely,

                                 JOHN R. WILLIAMS



# LYNCH, TRAUB, KEEFE AND ERRANTE
### A PROFESSIONAL CORPORATION
### ATTORNEYS AND COUNSELLORS AT LAW

**FILE**

\*\* HUGH F. KEEFE
† STEVEN J. ERRANTE
°° JOHN J. KEEFE, JR.
\* DONN A. SWIFT
 CHARLES E. TIERNAN III
 ROBERT W. LYNCH
 RICHARD W. LYNCH
† TIMOTHY P. POTHIN
 ERIC P. SMITH
 NICOLE M. FOURNIER
 LOUIS M. RUBANO
† MARISA A. BELLAIR
£ NANCY A. FITZPATRICK
\* STEPHEN I. TRAUB, OF COUNSEL
° WILLIAM C. LYNCH, RETIRED

52 TRUMBULL STREET
P.O. BOX 1612
NEW HAVEN, CONNECTICUT 06506-1612

PHONE: (203) 787-0275
FAX: (203) 782-0278
E-MAIL: LAWYERS@LTKE.COM
INTERNET: HTTP://WWW.LTKE.COM

\* BOARD CERTIFIED CIVIL TRIAL LAWYER
°° BOARD CERTIFIED CRIMINAL TRIAL LAWYER
\*\* BOARD CERTIFIED CIVIL AND
 CRIMINAL TRIAL LAWYER
† ALSO ADMITTED IN NEW YORK
\* ALSO ADMITTED IN DISTRICT OF COLUMBIA
£ ALSO ADMITTED IN FLORIDA

March 1, 2005

John R. Williams, Esq.
John R. Williams & Associates, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

Re: Carol Fox v. Town of East Haven, et al.
 Our File No. 11111-111

Dear John:

In response to your Feb. 26, 2005 letter, I can assure you that I am not playing any games in regards to your client's deposition. Both you and Attorney Waisonovitz represented that you did not object to finishing the plaintiff's deposition on a date in the future. If there was a problem with taking the deposition further, neither of you should have consented to such. Moreover, your client has in no way been abused during her deposition. The length of the deposition has been caused by Ms. Fox' identification of numerous incidents she claims constitute the basis of her cause of action, production of voluminous discovery documents, and Ms. Fox' identification of 28 individuals as being witnesses to the incidents constituting the basis of her claim. The defendants are entitled to fully explore all of these things. Again, pursuant to our notice, we will proceed with the plaintiff's deposition on March 10, 2005.

Very truly yours,

Nancy A. Fitzpatrick

# JOHN R. WILLIAMS and ASSOCIATES, LLC

JOHN R. WILLIAMS
KATRENA ENGSTROM
TIMOTHY J. MAHONEY
JOSEPH M. MERLY

PATRICIA A. AFFIE, *Office Manager*

51 Elm Street, Suite 409
New Haven, CT 06510
(203) 562-9931
Facsimile (203) 776-9494
E-MAIL: jrw@johnrwilliams.com

March 5, 2005

Attorney Nancy A. Fitzpatrick
Lynch, Traub, Keefe and Errante, P.C.
P. O. Box 1612
New Haven, CT 06596
Fax: 782-0278

    Re:    *Carol A. Fox vs. Town of East Haven, et al.*
            *No. 3:02CV1540(WWE)*

Dear Nancy:

    Responding to your letter of March 1, the simple fact is that the federal rules prohibit depositions of more than seven hours without court permission. No such permission has been sought or granted. Therefore, neither Ms. Fox nor I will be attending any further deposition in her case unless ordered to do so.

Sincerely,

JOHN R. WILLIAMS