FILED

2005 MAR 18  A 11: 22

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CAROL A. FOX | : | CASE NO. 3:02-CV-01540 (WWE) |
| | : | |
| V. | : | |
| | : | |
| TOWN OF EAST HAVEN, JOSEPH | : | |
| MATURO, JR., LOUIS PANE, FRANK | : | |
| GENTILESCO, and LOUIS CRISCUOLO | : | MARCH 17, 2005 |

### MOTION FOR EXPEDITED RULING ON DEFENDANTS' MOTION FOR LEAVE/MOTION TO COMPEL

The Defendants hereby move for an expedited ruling on the Defendants' Motion for Leave to Complete the Plaintiff's Deposition, or in the Alternative, Motion to Compel the Plaintiff's Attendance at her Continued Deposition dated March 17, 2005. On February 17, 2005, the Defendants noticed the completion of the Plaintiff's Deposition for March 10, 2005. Thereafter, on March 5, 2005, Plaintiff's counsel informed the Defendants that neither he nor his client would appear for the deposition unless ordered by this Court to do so. See Defendants' Memorandum of Law in Support of Motion for Leave to Complete the Plaintiff's Deposition, or in the Alternative, Motion to Compel the Plaintiff's Attendance at her Continued Deposition dated March 17, 2005.

1

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275  FACSIMILE (203) 782-0278

W:\EAST HAVEN\FOX\MOTION FOR EXPEDITED RULING 3-17-05.DOC

In light of the fact that the discovery deadline and dispositive motion deadline for this matter expires on April 2, 2005, the Defendants respectfully request an expedited ruling on their motion for leave/motion to compel so as to allow the Defendants time to comply with said deadline.

THE DEFENDANTS

BY: _____
HUGH F. KEEFE, ESQ.
52 Trumbull Street
P.O. Box 1612
New Haven, CT 06506
(203) 787-0275
Federal Bar No. ct05106

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed on March 17, 2005 to all counsel and pro se parties of record as follows:

John R. Williams, Esq.
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

_____
Hugh F. Keefe

2

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\EAST HAVEN\FOX\MOTION FOR EXPEDITED RULING 3-17-05.DOC