UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CAROL A. FOX | : | |
| | : | |
| VS. | : | NO. 3:02CV1540(WWE) |
| | : | |
| TOWN OF EAST HAVEN, | : | |
| JOSEPH MATURO, JR., | : | |
| LOUIS PANE, | : | |
| FRANK GENTILESCO and | : | |
| LOUIS CRISCUOLO | : | MARCH 25, 2005 |

**MOTION FOR RECONSIDERATION**

The plaintiff respectfully moves that this court reconsider its Ruling # 35, summarily granting the defendants' Motion to Compel. In support of this motion, the plaintiff represents as follows:

1. This court's docket shows that the defendants in this action filed a Motion to Compel on March 21, 2005. The plaintiff was granted until April 8, 2005, to respond to that motion.

2. This court's docket further shows, however, that this court granted the Motion to Compel on the very same day that it was filed, without any opportunity for response by the plaintiff.

3. The motion to compel was and is meritless. It should not have been granted. As the plaintiff points out in her brief in opposition to that motion, this is a simple case

1

brought by a municipal employee against her employer and supervisors. The defendants have deposed the plaintiff, however, over two days and now seek to grill her for yet a third day and for that purpose have requested permission of the court to depose her for more than the seven hours permitted by Rule 32(d)(2) of the Federal Rules of Civil Procedure.[1]

4. As the limited deposition transcript excerpts supplied by the defendants show, the plaintiff is in poor health. There is no reason why experienced counsel cannot get all the evidence needed in a case as small and simple as this one within the seven hours which the rules presume to be sufficient in all but exceptional cases. The purpose of the Rule is to keep depositions from being turned into abusive marathons. The defendants have advanced absolutely nothing to support their claim that they should be allowed to depose this plaintiff for even so much as another hour. They have given no indication whatever in their moving papers of what areas of inquiry have thusfar not been explored. Understandably so, since there are none.

5. Since the defendants failed to show any reason why the ordinary limitation should not be applied in this case, their motions should have been denied.

---

[1] Although the defendants now argue that two lunch breaks were so long that the depositions do not total seven hours of deposition time, they offer no evidence in support of that claim and never raised such a claim in the course of their lengthy correspondence on this subject with the undersigned.

THE PLAINTIFF


BY:_____
JOHN R. WILLIAMS (ct00215)
51 Elm Street
New Haven, CT 06510
203/562-9931
FAX:  203/776-9494
E-Mail: jrw@johnrwilliams.com
Her Attorney


CERTIFICATION OF SERVICE

On the date above stated, a copy hereof was mailed to Hugh F. Keefe, Esq., P. O. Box 1612, New Haven, CT 06506-1612.


_____
JOHN R. WILLIAMS