UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CAROL A. FOX | : | CASE NO. 3:02-CV-01540 (WWE) |
| | : | |
| V. | : | |
| | : | |
| TOWN OF EAST HAVEN, JOSEPH | : | |
| MATURO, JR., LOUIS PANE, FRANK | : | |
| GENTILESCO, and LOUIS CRISCUOLO | : | MARCH 29, 2005 |

**MOTION FOR ENLARGMENT OF TIME**

The Defendants, Town of East Haven, Joseph Maturo, Jr., Louis Pane, Frank Gentilesco and Louis Criscuolo hereby move for an enlargement of time in which to complete the plaintiff's deposition and file dispositive motions.  Currently, the deadline for completion of discovery and the filing of dispositive motions is April 4, 2005.

As this Court is aware, the defendants noticed the completion of the plaintiff's deposition for March 10, 2004.  See Exhibit C attached to the defendants' Memorandum of Law in Support of Motion for Leave to Complete the Plaintiff's Deposition, or in the Alternative, Motion to Compel the Plaintiff's Attendance at Her Continued Deposition ("Defendants' Motion to Compel") dated March 17, 2005.  However, said deposition did not go forward due to the plaintiff's refusal to appear.  See Defendants' Motion to

1

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\EAST HAVEN\FOX\MOTION FOR ENLARGEMENT (SEVENTH) 3-29-05.DOC

Compel.  If the plaintiff's deposition went forward on said date, the defendants would have been able to comply with the current scheduling order.

In response to the plaintiff's refusal to appear, the defendants moved for a court order compelling her appearance.  On March 21, 2005, this Court granted the defendants' motion to compel the plaintiff's appearance.  Based on this order, the defendants re-noticed the plaintiff's deposition to take place on March 30, 2005.  See Re-Notice of Continued Deposition dated March 22, 2005 attached hereto, which was faxed to opposing counsel.  However, once again, the plaintiff has refused to appear for the deposition and has asked this Court to reconsider its ruling on the defendants' motion to compel.  See Fax from John R. Williams to Nancy A. Fitzpatrick dated March 26, 2005 and letter from Nancy A. Fitzpatrick to Mr. John R. Williams dated March 28, 2005 attached hereto.  Accordingly, it is impossible for the defendants to comply with the current scheduling order.

Although earlier delays in this case had been caused by defense counsel's schedule, the recent delays have been caused by the plaintiff's refusal to appear for her deposition.  As indicated in the Defendants' Motion to Compel, the defendants attempted to schedule the completion of the plaintiff's deposition prior to the expiration

2
LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\EAST HAVEN\FOX\MOTION FOR ENLARGEMENT (SEVENTH) 3-29-05.DOC

of the previous discovery deadline (which at that time was Jan. 2, 2005). Due to attorney transitions in plaintiff's counsel's office which caused counsel to be unavailable prior to Jan. 2nd, the defendants agreed to request an enlargement of time to complete discovery. See Motion for Enlargement of Time dated Feb. 2, 2005. After obtaining such enlargement, the plaintiff for the first time raised an objection to completing her deposition. See Defendants' Motion to Compel. The plaintiff refused to appear unless ordered by this Court to do so. Thereafter, this Court ordered the plaintiff to appear. However, the plaintiff continues to refuse to appear.

Since the defendants cannot complete the plaintiff's deposition prior to April 4, 2005 because of her refusal to appear and the defendants cannot prepare their dispositive motion without completing the plaintiff's deposition, the defendants respectfully request an enlargement of time as to these deadlines. Specifically, the defendants request that their dispositive motion be due two weeks after the completion of the plaintiff's deposition.

This is the seventh such request submitted by defense counsel's office in this matter requesting an enlargement of time regarding the scheduling order. In addition, with respect to the present request, the undersigned states that plaintiff's counsel's has

3
LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\EAST HAVEN\FOX\MOTION FOR ENLARGEMENT (SEVENTH) 3-29-05.DOC

no objection to this motion.

                THE DEFENDANTS


                BY:_____
                  HUGH F. KEEFE, ESQ.
                  Federal Bar No. ct05106
                  52 Trumbull Street
                  P.O. Box 1612
                  New Haven, CT 06506
                  (203) 787-0275


## CERTIFICATION

  I hereby certify that a copy of the foregoing was mailed on March 29, 2005 to all counsel and pro se parties of record as follows:

John Williams, Esq.
John R. Williams & Associates, LLC
51 Elm Street, Suite 409
New Haven, CT 06510


                  _____
                  Hugh F. Keefe

4
LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\EAST HAVEN\FOX\MOTION FOR ENLARGEMENT (SEVENTH) 3-29-05.DOC