UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CAROL A. FOX | : | CASE NO. 3:02-CV-01540 (WWE) |
| | : | |
| V. | : | |
| | : | |
| TOWN OF EAST HAVEN, JOSEPH | : | |
| MATURO, JR., LOUIS PANE, FRANK | : | |
| GENTILESCO, and LOUIS CRISCUOLO | : | MAY 4, 2005 |

**MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, the Defendants, Town of East Haven, Joseph Maturo, Jr., Louis Pane, Frank Gentilesco and Louis Criscuolo, hereby move for summary judgment in their favor on the Plaintiff's Complaint dated August 28, 2002. There are no genuine issues of material fact and the Defendants are entitled to judgment as a matter of law. Specifically, the Defendants are entitled to judgment because: (1) the Plaintiff has failed to allege and prove a constitutional violation under the Fourteenth Amendment; (2) the record lacks any evidence supportive of a Monell claim; (3) the Plaintiff has failed to allege and prove that the Defendants retaliated against her for the exercise of her First Amendment rights; (4) the individual Defendants are entitled to qualified immunity; and, (5) a

1

LYNCH, TRAUB, KEEFE AND ERRANTE, P.C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

C:\DOCUMENTS AND SETTINGS\DPANELA\LOCAL SETTINGS\TEMPORARY INTERNET FILES\OLK161\MOTION FOR SUMMARY JUDGMENT 5-4-05.DOC

portion of the Plaintiff's claims are time-barred. A memorandum of law in support of this motion and the Defendants Local Rule 56(a)(1) Statement are filed simultaneously herewith.

THE DEFENDANTS
TOWN OF EAST HAVEN, JOSEPH MATURO, JR., LOUIS PANE, FRANK GENTILESCO and LOUIS CRISCUOLO

BY: _____
HUGH F. KEEFE, ESQ.
52 Trumbull Street,
P.O. Box 1612
New Haven, CT 06596
(203) 787-0275
Federal Bar No. ct05106

## **CERTIFICATION**

I hereby certify that a copy of the above was mailed on May 4, 2005 to all counsel and pro se parties of record as follows:

John Williams, Esq.
Katrena Engstrom, Esq.
51 Elm Street
New Haven, CT 06510

_____
Hugh F. Keefe

2

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

C:\DOCUMENTS AND SETTINGS\DPANELA\LOCAL SETTINGS\TEMPORARY INTERNET FILES\OLK161\MOTION FOR SUMMARY JUDGMENT 5-4-05.DOC