UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CAROL A. FOX | : | CASE NO. 3:02-CV-01540 (WWE) |
| | : | |
| V. | : | |
| | : | |
| TOWN OF EAST HAVEN, JOSEPH | : | |
| MATURO, JR., LOUIS PANE, FRANK | : | |
| GENTILESCO, and LOUIS CRISCUOLO | : | MAY 4, 2005 |

**LOCAL RULE 56(a)(1) STATEMENT**

Pursuant to Federal Rule Civil Procedure 56(c) and District of Connecticut Local Rule 56(a)(1), the Defendants, Town of East Haven, Joseph Maturo, Jr., Louis Pane, Frank Gentilesco and Louis Criscuolo, hereby submit the following Statement of Facts Not In Dispute in support of their Motion for Summary Judgment and Memorandum of Law in support thereof dated May 4, 2005.

1. The plaintiff, Carol Fox, is employed as the Administrative Assistant to the Director of Recreation for the Town of East Haven. See Transcript of Carol Fox Deposition dated May 28, 2004 ("Fox I Depo."), Exhibit A, pp.18-19; Compl. ¶7.[1]

---

[1] The exhibits referenced herein are attached to the Memorandum of Law in Support of Defendants' Motion for Summary Judgment dated May 4, 2005.

1

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

C:\DOCUMENTS AND SETTINGS\DPANELA\LOCAL SETTINGS\TEMPORARY INTERNET FILES\OLK161\MOTION FOR SUMMARY JUDGMENT LOCAL STATEMENT 5-4-051.DOC

2. The plaintiff's direct supervisor is the defendant, Louis Pane. Fox I Depo., Exhibit A, p. 19.

3. On August 15, 1997, the plaintiff was terminated from her position with the Town of East Haven. Compl. ¶7.

4. The plaintiff was reinstated to her position as Administrative Assistant. Compl. ¶8.

5. The plaintiff is not aware of any employee being disciplined for similar incidents and/or behavior at events such as a scavenger hunt as experienced by the Plaintiff at the 2000 Scavenger Hunt. Fox I Depo., Exhibit A, p. 150, lines 11-14; Transcript of Carol Fox Deposition dated April 19, 2005 ("Fox III Depo."), Exhibit D, p. 10.

6. The plaintiff was disciplined as a result of her actions at the 2000 Scavenger Hunt because the defendants thought that she acted inappropriately. Fox I Depo., Exhibit A, p. 150, lines 15-24).

7. The plaintiff is not aware of any employees being in comparable circumstances to her in regards to the 2000 Scavenger Hunt incident.. (Fox I Depo., Exhibit A, pp. 150-151).

2

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

C:\DOCUMENTS AND SETTINGS\DPANELA\LOCAL SETTINGS\TEMPORARY INTERNET FILES\OLK161\MOTION FOR SUMMARY JUDGMENT LOCAL STATEMENT 5-4-051.DOC

8. The plaintiff does not have personal knowledge as to whether another Department of Recreation employee has a limit on the number of vouchers she can have to sell. (Fox I Depo., Exhibit A, p. 166-167).

9. Plaintiff does not know why the defendants treat her differently. See Transcript of Carol Fox Deposition dated April 19, 2005 ("Fox III Depo."), Exhibit D, p. 4.

10. Plaintiff has never been punished by any of the defendants for joining her labor union. (Fox III Depo., Exhibit D, p. 8).

11. The defendants, Louis Pane, Frank Gentilesco, Joseph Maturo, Jr. and Louis Criscuolo, did not punish her for challenging the Town's refusal to provide her with unemployment compensation. (Fox III Depo., Exhibit D, pp. 8-9).

12. Plaintiff is not aware of any other employees sending letters to citizens similar to the one she sent Mrs. Destefano. (Fox III Depo., Exhibit D, p. 10).

13. Plaintiff is not aware of any other Town employee being involved in an incident similar to her incident at the 2000 Scavenger Hunt. (Fox III Depo., Exhibit D, pp. 10-11).

14. Plaintiff is not aware of ways in which she is treated differently by the

3

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

C:\DOCUMENTS AND SETTINGS\DPANELA\LOCAL SETTINGS\TEMPORARY INTERNET FILES\OLK161\MOTION FOR SUMMARY JUDGMENT LOCAL STATEMENT 5-4-051.DOC

defendants in comparison to Town employees outside the Department of Recreation. (Fox III Depo. Exhibit D, pp. 11-12).

15. Frank Gentilesco has not treated the Plaintiff differently from other employees. (Fox III Depo., Exhibit D, pp. 14-16).

16. Plaintiff has not been present at <u>other</u> employees' grievance hearings wherein Frank Gentilesco has represented the Town of East Haven's interests. (Fox III Depo., Exhibit D, p. 17).

17. Plaintiff has never refused to work overtime when asked by any of the defendants to work overtime. (Fox III Depo., Exhibit D, pg. 20).

18. Plaintiff has been fully compensated for any overtime hours she has worked for the Town of East Haven. (Fox III Depo., Exhibit D, p. 20).

19. Plaintiff is unaware of the Town of East Haven and/or the defendants treating other employees as she claims to have been mistreated. (Fox III Depo., Exhibit D, p. 29).

20. The no-cash policy in question in the Plaintiff's complaint was issued and implemented on July 20, 1999. Fox III Depo., Exhibit D, p. 28.

4

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

C:\DOCUMENTS AND SETTINGS\DPANELA\LOCAL SETTINGS\TEMPORARY INTERNET FILES\OLK161\MOTION FOR SUMMARY JUDGMENT LOCAL STATEMENT 5-4-051.DOC

THE DEFENDANTS
TOWN OF EAST HAVEN, JOSEPH MATURO, JR., LOUIS PANE, FRANK GENTILESCO and LOUIS CRISCUOLO

BY: _____
HUGH F. KEEFE, ESQ.
52 Trumbull Street,
P.O. Box 1612
New Haven, CT 06596
(203) 787-0275
Federal Bar No. ct05106

## **CERTIFICATION**

I hereby certify that a copy of the above was mailed on May 4, 2005 to all counsel and pro se parties of record as follows:

John Williams, Esq.
Katrena Engstrom, Esq.
51 Elm Street
New Haven, CT 06510

_____
Hugh F. Keefe

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

C:\DOCUMENTS AND SETTINGS\DPANELA\LOCAL SETTINGS\TEMPORARY INTERNET FILES\OLK161\MOTION FOR SUMMARY JUDGMENT LOCAL STATEMENT 5-4-051.DOC