

*HIPAA-Complaint PHI Release Form*

## Authorization for Disclosure of Protected Health Information

I, **Carol Fox**, authorize the disclosure of my protected health information[1] as described herein, I understand that this authorization is voluntary and made to confirm my direction. I understand that, if the person(s) or organization(s) that I authorize to receive my protected health information are not subject to federal and state health information privacy laws,[2] subsequent disclosure by such person(s) or organization(s) may not be protected by those laws.

1.  I authorize the following person(s) and/or organization(s) <u>to disclose</u> my protected health information (as specified below):

    Name(s) _____Richard C. Lewis, M.D._____

    Organization(s) _____

    Address _____58 Trumbull Street, New Haven, CT  06510_____

2.  I authorize the following person(s) and/or organization(s) <u>to receive</u> my protected health information, as disclosed by the person(s) and/or organization(s) above.

    Name(s) _____Hugh F. Keefe, Esq._____

    Organization(s) _____

    Address      52 Trumbull Street
                 P.O. Box 1612
    _____New Haven, CT  06506-1612_____

3.  Specific description of the protected health information that I authorize for disclosure (authorization to disclose psychotherapy notes must be separate): **Complete file from 1998 to present including but not limited to intake notes, insurance information, counseling notes, and billing records.**

4.  Specific description of the purpose for each use or disclosure (or write "At the request of the individual" in this space):

    Legal

5.  I understand that I may revoke this authorization in writing at any time, except to the extent that the person(s) and/or organization(s) named above have taken action in reliance on this authorization.

W:\East Haven\Fox\Med Authorization C fox for Dr. Lewis.doc

**\*\*Please complete page 2\*\***

6. This authorization expires on **March 1, 2006**, or in the event that **I revoke it in writing,** whichever occurs first.

I have had the opportunity to read and consider the contents of this authorization. I confirm that the contents are consistent with my direction.

_____        _____
Signed                                                                                          Date

Name:        Carol Fox

Address:    607 Longfellow Drive, Branford, CT  06405

Telephone: _____        Social Security No. _____
                                                                                    D.O.B.: 

_____
Relationship or Authority of Personal Representative

---

[1] Protected health information ("PHI") is health information that is created or received by a health care provider, health plan, or health care clearinghouse which relates to: 1) the past, present, or future payment for the provision of health care to an individual. To be protected, the information must be such that it identifies the individual or provides a reasonable basis to believe that the information can identify the individual. 45 C.F.R. 164.508.
[2] These laws apply to health plans, health care providers, and health care clearinghouses.

W:\East Haven\Fox\Med Authorization C fox for Dr. Lewis.doc

*HIPAA-Complaint PHI Release Form*

## **Authorization for Disclosure of Protected Health Information**

I, **Carol Fox**, authorize the disclosure of my protected health information[1] as described herein, I understand that this authorization is voluntary and made to confirm my direction. I understand that, if the person(s) or organization(s) that I authorize to receive my protected health information are not subject to federal and state health information privacy laws,[2] subsequent disclosure by such person(s) or organization(s) may not be protected by those laws.

1. I authorize the following person(s) and/or organization(s) <u>to disclose</u> my protected health information (as specified below):

   Name(s) _____ Barbara G. Orrok, M.D. _____

   Organization(s) _____

   Address _____ 846 State Street, New Haven, CT 06511 _____

2. I authorize the following person(s) and/or organization(s) <u>to receive</u> my protected health information, as disclosed by the person(s) and/or organization(s) above.

   Name(s) _____ Hugh F. Keefe, Esq. _____

   Organization(s) _____

   Address       52 Trumbull Street
                 P.O. Box 1612
                 New Haven, CT 06506-1612

3. Specific description of the protected health information that I authorize for disclosure (authorization to disclose psychotherapy notes must be separate): **Complete file from 2004 to present including but not limited to intake notes, insurance information, counseling notes, and billing records.**

4. Specific description of the purpose for each use or disclosure (or write "At the request of the individual" in this space):

   Legal

5. I understand that I may revoke this authorization in writing at any time, except to the extent that the person(s) and/or organization(s) named above have taken action in reliance on this authorization.

W:\East Haven\Fox\Med Authorization C fox for Dr.Orrok.doc

**\*\*Please complete page 2\*\***

6. This authorization expires on **March 1, 2006**, or in the event that **I revoke it in writing,** whichever occurs first.

I have had the opportunity to read and consider the contents of this authorization. I confirm that the contents are consistent with my direction.

_____          _____
Signed                                                                Date

Name:        Carol Fox

Address:     607 Longfellow Drive, Branford, CT  06405

Telephone: _____     Social Security No.: _____
                                                              D.O.B.: __

_____
Relationship or Authority of Personal Representative

---

[1] Protected health information ("PHI") is health information that is created or received by a health care provider, health plan, or health care clearinghouse which relates to: 1) the past, present, or future payment for the provision of health care to an individual. To be protected, the information must be such that it identifies the individual or provides a reasonable basis to believe that the information can identify the individual. 45 C.F.R. 164.508.

[2] These laws apply to health plans, health care providers, and health care clearinghouses.

FILE

*HIPAA-Complaint PHI Release Form*

## Authorization for Disclosure of Protected Health Information

I, **Carol Fox**, authorize the disclosure of my protected health information[1] as described herein. I understand that this authorization is voluntary and made to confirm my direction. I understand that, if the person(s) or organization(s) that I authorize to receive my protected health information are not subject to federal and state health information privacy laws,[2] subsequent disclosure by such person(s) or organization(s) may not be protected by those laws.

1. I authorize the following person(s) and/or organization(s) <u>to disclose</u> my protected health information (as specified below):

    Name(s)    Thomas G. Campbell

    Organization(s)  Affiliates for Consultation & Psychotherapy

    Address   389 Orange Street, New Haven, CT  06511

2. I authorize the following person(s) and/or organization(s) <u>to receive</u> my protected health information, as disclosed by the person(s) and/or organization(s) above.

    Name(s)         Hugh F. Keefe, Esq.

    Organization(s) _____

    Address    52 Trumbull Street
               P.O. Box 1612
               New Haven, CT  06506-1612

3. Specific description of the protected health information that I authorize for disclosure (authorization to disclose psychotherapy notes must be separate):  **Complete file from 1980 to present including but not limited to intake notes, insurance information, counseling notes, and billing records.**

4. Specific description of the purpose for each use or disclosure (or write "At the request of the individual" in this space):

    Legal

5. I understand that I may revoke this authorization in writing at any time, except to the extent that the person(s) and/or organization(s) named above have taken action in reliance on this authorization.

\*\*Please complete page 2\*\*

6.  This authorization expires on **March 1, 2006**, or in the event that **I revoke it in writing,** whichever occurs first.

I have had the opportunity to read and consider the contents of this authorization. I confirm that the contents are consistent with my direction.

_____          _____
Signed                                     Date

Name:      Carol Fox

Address:   607 Longfellow Drive, Branford, CT  06405

Telephone: _____    Social Security No.: _____
                                     D.O.B.: _____

_____
Relationship or Authority of Personal Representative

---

[1] Protected health information ("PHI") is health information that is created or received by a health care provider, health plan, or health care clearinghouse which relates to: 1) the past, present, or future payment for the provision of health care to an individual. To be protected, the information must be such that it identifies the individual or provides a reasonable basis to believe that the information can identify the individual. 45 C.F.R. 164.508.

[2] These laws apply to health plans, health care providers, and health care clearinghouses.

W:\East Haven\Fox\Med Authorization C Fox for T. Campbell.doc

## SCHEDULE A

1. Letter from the Office of Policy and Management informing Carol Fox that her hours at the Finance Department were cut and referenced in Ms. Fox' deposition dated May 28, 2004, pg. 14, lines 1-13.

2. Any and all documents related and/or pertaining in any way to Greg Linck's (or Link's) work with the Town of East Haven, including but not limited to the estimate, bills, invoices and purchase orders referenced by Carol Fox during her deposition dated May 28, 2005, pg. 75, lines 7-17; pg. 76, lines 3-5; pg. 77, lines 22-24; and, pg. 80, lines 8-12.

3. Letter from Town indicating that there was a change in policy regarding rink employees' handling of cash referenced by Carol Fox during her deposition dated May 28, 2004, pg. 90, lines 16-23.

4. Any and all documents related and/or pertaining in any way to the voucher incident described by Carol Fox in her deposition dated May 28, 2004, pp. 99-100.

5. The new contract referenced by Carol Fox during her deposition dated May 28, 2004, pg. 110, line 25.

6. The union contract referenced by Carol Fox during her deposition dated May 28, 2004, pg. 113, lines 12-17.

7. Any and all documents related to and/or pertaining in any way to Carol Fox' complaint(s) and/or grievance(s) regarding the defendants' discipline of her for sending a letter to Mrs. DeStefano as referenced in Ms. Fox' deposition dated May 28, 2004, pg. 126, lines 23-25 and pg. 127, lines 1-6.

8. Letter and/or memo related to a change in the voucher policy placing a limit on the number of vouchers Carol Fox was allowed to have as referenced by

3

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

        Ms. Fox in her deposition dated May 28, 2004, pg. 165, lines 5-18.

9. Any and all documents related and/or pertaining in any way to Carol Fox complaining that she was being treated by the defendants differently than other employees and/or complaining that her rights under her union contract were being violated. This request is not limited to grievances filed by Ms. Fox.

10. Any and all union contracts in effect during the incidents claimed by Carol Fox to constitute a basis for this lawsuit, including the one referenced by Ms. Fox during her December 13, 2004 deposition, pg. 77, lines 13-23.

11. Fully executed medical authorizations for Dr. Barbara Orrok, Dr. Richard Lewis and Thomas Campbell (copy of unexecuted medical authorizations attached hereto).

12. Any and all documents related to or pertaining in any way to disciplinary action taken against Carol Fox while she was employed by the Town of West Haven and/or Dale Security Services.

13. Any and all documents related to or pertaining in any way to workman compensation claims filed by and/or for Carol Fox during her employment with the Town of West Haven and/or Dale Security Services.

14. Any and all agreements or contracts between Carol Fox (or anyone acting on her behalf) and any of the defendants (or anyone acting on their behalf) during her employment with the Town of East Haven. This request includes, but is not limited to, those agreements referenced by Ms. Fox during her December 13, 2004 deposition, pg. 23, lines 4-25 and pg. 24, lines 1-9.

15. Any and all documents/files removed by Carol Fox from the Town of East Haven's files [including but not limited to those in the Department of Recreation's office(s))] regarding the Town's employees except those

4

pertaining to Ms. Fox. This request includes but is not limited to the medical records, disciplinarian letters, time sheets/cards, and absentee slips that Ms. Fox removed and those documents referenced in Ms. Fox' December 13, 2004 deposition, pg. 25, lines 18-24.

16. Copy of Carol Fox' daily journal/log of events at the recreation department referenced in Ms. Fox' December 13, 2004 deposition, pg. 31, lines 20-25.

5