UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CAROL A. FOX, | : | |
| | : | |
| V. | : | NO. 3:02 CV 01540 (WWE) |
| | : | |
| TOWN OF EAST HAVEN, JOSEPH MATURO, JR., LOUIS PANE, FRANK GENTILESCO and LOUIS CRISCUOLO | : : : | MAY 4, 2005 |

**MOTION TO AMEND ANSWER AND AFFIRMATIVE DEFENSES**

Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, the defendants, Town of East Haven, Joseph Maturo, Jr., Louis Pane, Frank Gentilesco and Louis Criscuolo, hereby move to amend their Answer and Affirmative Defenses dated March 12, 2003.

1.    On March 12, 2003, the defendants filed their Answer and Affirmative defenses.

2.    In said pleading, the defendants pled three affirmative defenses. Specifically, the defendants pled governmental immunity, qualified immunity, and plaintiff's failure to state a claim.

1

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

C:\DOCUMENTS AND SETTINGS\DPANELA\LOCAL SETTINGS\TEMPORARY INTERNET FILES\OLK161\MOT TO AMEND ANSWER 2-04 (DRAFT).DOC

3. Since that time, the defendants have deposed the plaintiff on May 28, 2004, December 13, 2004, and April 19, 2005.

4. Through this discovery, especially during the deposition on April 19, 2005, the defendants learned that the no-cash policy in question in the plaintiff's complaint was issued on July 20, 1999. Such information made it clear to the defendants that the plaintiff's claims in this regard are barred by the statute of limitations.

5. As such, the defendants respectfully request permission to amend their Answer and Affirmative Defense to include a statute of limitations defense as required by Rule 8(c) of the Federal Rules of Civil Procedure.

6. The plaintiff will not be prejudiced by such an amendment.

2
LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

C:\DOCUMENTS AND SETTINGS\DPANELA\LOCAL SETTINGS\TEMPORARY INTERNET FILES\OLK161\MOT TO AMEND ANSWER 2-04 (DRAFT).DOC

        THE DEFENDANTS
        TOWN OF EAST HAVEN, JOSEPH MATURO,
        JR., LOUIS PANE, FRANK GENTILESCO and
        LOUIS CRISCUOLO


    BY: _____
       HUGH F. KEEFE, ESQ.
       52 Trumbull Street,
       P.O. Box 1612
       New Haven, CT 06596
       (203) 787-0275
       Federal Bar No. ct05106


## **CERTIFICATION**

 I hereby certify that a copy of the above was mailed on May 4, 2005 to all counsel and pro se parties of record as follows:

John R. Williams, Esq.
51 Elm Street
New Haven, CT 06510
Federal Bar No. ct00215


            _____
              Hugh F. Keefe

3
LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275  FACSIMILE (203) 782-0278

C:\DOCUMENTS AND SETTINGS\DPANELA\LOCAL SETTINGS\TEMPORARY INTERNET FILES\OLK161\MOT TO AMEND ANSWER 2-04 (DRAFT).DOC