UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

**FILED**

2005 JUN -2 P 1: 52

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | | |
|---|---|---|
| CAROL A. FOX | : | NO. 3:02-CV-01540(WWE) |
| VS. | : | |
| TOWN OF EAST HAVEN, ET AL. | : | JUNE 1, 2005 |

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME
### TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

The Plaintiff, CAROL A. FOX, respectfully requests an extension of time of thirty (30) days, up to and including June 24, 2005, to file a response to the Defendants' Motion for Summary Judgment.

This motion is made for the following reasons:

1. The undersigned was only very recently assigned to respond to the Defendants' Motion for Summary Judgement by his principal, Attorney John R. Williams, on Monday, May 23, 2005.

2. The undersigned was on trial before this court at that time with the case of Joseph Gibson, III v. Warden Brooks, et al. and was only able to begin drafting a response to said motion at that time.

3. The reason for the delay in Attorney Williams' assigning this motion to the undersigned was that Attorney Williams has recently been involved in several trials and has numerous similar motions pending in several cases.

4. The undersigned had been unaware that the deadline for filing the Plaintiff's response to the Defendants' Motion for Summary Judgment had expired on May 25, 2005. This counsel received a verdict in the Gibson trial on Wednesday, May 25, 2005.

5. The Defendants' Motion for Summary Judgment implicates many issues of law and additional time is necessary to properly respond.

6. This is the first Motion for an Extension of Time requested by Plaintiff's counsel.

7. The undersigned contacted counsel for the Defendants who has stated his objection to the requested extension of time.

WHEREFORE, the Plaintiff moves for an extension of time for the reasons stated above.

THE PLAINTIFF,

CAROL A. FOX

BY: _____
    Joseph M. Merly (ct21266)
    John R. Williams and Associates, LLC
    51 Elm Street
    New Haven, CT 06510
    (203) 562-9931
    FAX: (203) 776-9494
    E-Mail: jmerly@johnrwilliams.com
    Her Attorney

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was sent via first class mail, postage prepaid, on the date set forth above, to the following counsel of record:

Hugh F. Keefe, Esq.
52 Trumbull Street
New Haven, CT 06596

Joseph M. Merly