United States District Court
District of Connecticut
FILED AT BRIDGEPORT
6-10-05
Kevin F. Rowe, Clerk
By _____
Deputy Clerk

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CAROL A. FOX, | : | |
| | : | |
| V. | : | NO. 3:02 CV 01540 (WWE) |
| | : | |
| TOWN OF EAST HAVEN, JOSEPH MATURO, JR., LOUIS PANE, FRANK GENTILESCO and LOUIS CRISCUOLO | : : : | MAY 4, 2005 |

### AMENDED ANSWER AND AFFIRMATIVE DEFENSES

1. Paragraph one does not require an answer.

2. With respect to paragraph two, the defendants have insufficient knowledge from which to form an opinion or belief and, therefore, leave the plaintiff to her proof.

3. Paragraph three is admitted.

4. With respect to paragraph four, the defendants admit only that the defendant Town of East Haven was a municipality in the State of Connecticut; that the defendant Maturo was the Mayor of East Haven; that the defendant Pane was the Director of Recreation for the Town of East Haven; that the defendant Gentilesco was the Assistant Director of Administration and Management of the Town of East Haven; and, that the defendant Cirscuolo was the Accounting Supervisor of the Town of East Haven. As to the rest and remaining portion of paragraph four, the defendants have insufficient knowledge upon which to form an opinion or belief and, therefore, leave the plaintiff to her proof.

5. With respect to paragraph five, the defendants have insufficient knowledge upon which to form an opinion or belief and, therefore, leave the plaintiff to her proof.

6. Paragraph six is denied.

7. The first sentence of paragraph seven is admitted. The remainder of paragraph seven is denied.

8. With respect to paragraph eight, the defendants admit only that the plaintiff challenged her termination through the collective bargaining process and that, the Board of Mediation and Arbitration of the Connecticut Department of Labor ordered the plaintiff be reinstated. As to the rest and remaining portion of paragraph eight, the defendants have insufficient knowledge upon which to form an opinion or belief and, therefore, leave the plaintiff to her proof.

9. With respect to paragraph nine, the defendants have insufficient knowledge upon which to form an opinion or belief and, therefore, leave the plaintiff to her proof.

10. With respect to paragraph ten, the defendants admit only that the issues related to the plaintiff's unemployment compensation were brought to the attention of the Employment Security Appeals Division of the Connecticut Department of Labor. The remainder of the allegations contained in paragraph ten are denied.

11. Paragraph eleven and its subparts (A) - (C) are denied.

12. The first and second sentences of paragraph twelve are admitted. The remainder of the allegations contained in paragraph twelve are denied.

13. Paragraph thirteen is denied.

14. Paragraph fourteen is denied.

15. Paragraph fifteen is denied.

16. Paragraph sixteen is denied.

17. Paragraph seventeen is denied.

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\East Haven\Fox\Amended Answer 2-04 (draft).doc

18. With respect to paragraph eighteen, the defendants have insufficient knowledge upon which to form an opinion or belief and, therefore, leave the plaintiff to her proof.

19. With respect to paragraph nineteen, the defendants have insufficient knowledge upon which to form an opinion or belief and, therefore, leave the plaintiff to her proof.

20. Paragraph twenty is denied.

21. Paragraph twenty-one is denied.

22. Paragraph twenty-two is denied.

23. As to paragraph twenty-three, the defendants have insufficient knowledge upon which to form an opinion or belief and therefore leave the plaintiff to her proof.

24. Paragraph twenty-four is denied.

25. With respect to paragraph twenty-five, the defendants have insufficient knowledge upon which to form an opinion or belief and, therefore, leave the plaintiff to her proof.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

The Town of East Haven is entitled to governmental immunity on all of the plaintiff's claims.

**Second Affirmative Defense**

At all relevant times, the defendants, Joseph Maturo, Jr., Louis Pane, Frank Gentilesco and Louis Criscuolo were involved in the exercise of discretionary duties and, thus, are entitled to qualified immunity from suit under the common law as well as under Connecticut General Statutes.

**Third Affirmative Defense**

The plaintiff's claims fail to set forth a cause of action upon which relief may be granted.

**Fourth Affirmative Defense**

The rights of action for the cause stated in the complaint did not accrue within three years prior to the commencement of this action and the claim, if any, is therefore barred by the statute of limitations.

THE DEFENDANTS
TOWN OF EAST HAVEN, JOSEPH MATURO, JR., LOUIS PANE, FRANK GENTILESCO and LOUIS CRISCUOLO

BY: *Hugh F. Keefe (NAF)*
HUGH F. KEEFE, ESQ.
52 Trumbull Street,
P.O. Box 1612
New Haven, CT 06596
(203) 787-0275
Federal Bar No. ct05106

4
LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\EAST HAVEN\FOX\AMENDED ANSWER 2-04 (DRAFT).DOC

## CERTIFICATION

I hereby certify that a copy of the above was mailed on May 4, 2005 to all counsel and pro se parties of record as follows:

John R. Williams, Esq.
Katrena Engstrom, Esq.
51 Elm Street
New Haven, CT 06510
Federal Bar No. ct00215

_____
Hugh F. Keefe

5
LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\EAST HAVEN\FOX\AMENDED ANSWER 2-04 (DRAFT).DOC