UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CAROL A. FOX | : | CASE NO. 3:02-CV-01540 (WWE) |
| | : | |
| V. | : | |
| | : | |
| TOWN OF EAST HAVEN, JOSEPH | : | |
| MATURO, JR., LOUIS PANE, FRANK | : | |
| GENTILESCO, and LOUIS CRISCUOLO | : | JULY 1, 2005 |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF**

The Defendants hereby move for an enlargement of time to file a reply brief to Plaintiff's Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment dated June 23, 2005.  Pursuant to Rule 7(d) of the Local Rules of Civil Procedure, the Defendants, if they choose to file a reply brief, are required to file such within 10 days of the filing of Plaintiff's oppositional brief.  The plaintiff's oppositional brief was filed on June 27, 2005.  As such, the Defendants' reply brief is currently due by July 7, 2005.

At this time, the Defendants intend to file a reply brief and respectfully request a twenty (20) day extension of time, or until July 27, 2005, in which to file such.  The Defendants represent that good cause exists for an extension of time.  Currently, the

1

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\EAST HAVEN\FOX\MOTION FOR EXTENSION OF TIME (REPLY BRIEF) 7-1-05.DOC

undersigned is on trial in <u>State v. Sushil Gupta</u>, Docket Nos. CR 04 34202, CR 04 31078 and CR 04 33225, in New Haven. Therefore, the undersigned will not be able to prepare the reply brief in this matter by July 7, 2005.

The undersigned represents that this is the first request submitted by his office in this matter requesting an enlargement of time to file the defendants' reply brief. In addition, with respect to the present request, the undersigned represents that opposing counsel has no objection.

                          THE DEFENDANTS
                          TOWN OF EAST HAVEN, JOSEPH MATURO, JR., LOUIS PANE, FRANK GENTILESCO and LOUIS CRISCUOLO

BY: _____
      HUGH F. KEEFE, ESQ.
      52 Trumbull Street,
      P.O. Box 1612
      New Haven, CT 06596
      (203) 787-0275
      Federal Bar No. ct05106

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\EAST HAVEN\FOX\MOTION FOR EXTENSION OF TIME (REPLY BRIEF) 7-1-05.DOC

## **CERTIFICATION**

I hereby certify that a copy of the above was mailed on July 1, 2005 to all counsel and pro se parties of record as follows:

John Williams, Esq.
Katrena Engstrom, Esq.
51 Elm Street
New Haven, CT 06510

_____

Hugh F. Keefe

3

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\EAST HAVEN\FOX\MOTION FOR EXTENSION OF TIME (REPLY BRIEF) 7-1-05.DOC