**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **CAROL FOX** | : | **3:02cv1540 WWE** |
| | : | |
| | : | |
| **v.** | : | |
| | : | |
| **TOWN OF EAST HAVEN** | : | |

### REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Holly B. Fitzsimmons for the following purposes:

____ All purposes including trial upon written request by all parties (orefcs.)

____ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

____ To supervise discovery and resolve discovery disputes. (orefmisc./dscv)

XXX  A ruling on the following motion which is currently pending (orefm.):

**MOTION FOR SUMMARY JUDGMENT (#43)**

____ A settlement conference (orefmisc./cnf):

____ A scheduling conference (orefmisc/cnf):

____ Other: A hearing to show cause (orefmisc./misc):

SO ORDERED this 20th day of October, 2005, at Bridgeport, Connecticut.

_____/s/_____
Warren W. Eginton, Senior U.S.D.J.