UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|   |   |   |
|---|---|---|
| CAROL A. FOX | : |   |
|   | : |   |
| v. | : | CIV. NO. 3:02CV1540 (WWE) |
|   | : |   |
| TOWN OF EAST HAVEN, | : |   |
| JOSEPH MATURO, JR., | : |   |
| LOUIS PANE, | : |   |
| FRANK GENTILESCO, and | : |   |
| LOUIS CRISCUOLO | : |   |

ORDER

Pending before the Court is defendants' Motion for Summary Judgment. [Doc. #43]. Attorney Joseph Merly filed an opposition brief on behalf of plaintiff on June 27, 2005. Attorney Merly has not filed an appearance in this case and is not counsel of record.

Accordingly, Attorney Merly will file an appearance within ten (10) days. The Court will not consider plaintiff's opposition brief until it has been filed by appearing counsel. If no appearance has been filed by Decemmber 12, 2005, the pending Motion will be considered unopposed.

SO ORDERED at Bridgeport this 5th day of December 2005.

____/s/_____
HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE