UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CAROL A. FOX | : | |
| | : | |
| VS. | : | NO. 3:02CV1540(WWE) |
| | : | |
| TOWN OF EAST HAVEN, | : | |
| JOSEPH MATURO, JR., | : | |
| LOUIS PANE, | : | |
| FRANK GENTILESCO and | : | |
| LOUIS CRISCUOLO | : | DECEMBER 8, 2005 |

# **A P P E A R A N C E**

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for the plaintiff,

Carol A. Fox.

                                                                         _____
                                                                       Joseph M. Merly
                                                                        John R. Williams and Associates, LLC
                                                                        51 Elm Street, Suite 409
                                                                        New Haven, CT 06510
                                                                        203.562.9931
                                                                        FAX: 203.776.9494
                                                                        jmerly@johnrwilliams.com
                                                                        Federal Bar No. ct21266
                                                                        Her Attorney

_____    CERTIFICATION OF SERVICE

      This is to certify that a copy of the foregoing was mailed, first class mail, postage prepaid, on December 8, 2005, to the following counsel of record:

Hugh F. Keefe, Esq.
52 Trumbull Street
P. O. Box 1612
New Haven, CT 06506-1612.

                                        _____
                                        Joseph M. Merly