UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

CAROL A. FOX

    v.                          3:02CV1540 WWE

TOWN OF EAST HAVEN,
JOSEPH MATURO, JR.,
LOUIS PANE,
FRANK GENTILESCO and
LOUIS CRISCUOLO

## J U D G M E N T

This matter came on before the Honorable Warren W. Eginton, Senior United States District Judge and the Honorable Holly B. Fitzsimmons, United States Magistrate Judge, as a result of defendants' motion for summary judgment.

The Court reviewed all of the papers filed in conjunction with the motion and on January 9, 2006, a Recommended Ruling on Motion for Summary Judgment was filed granting the motion. On February 1, 2006, the recommended ruling was approved and adopted.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendants and the case is closed.

Dated at Bridgeport, Connecticut, this 13th day of February, 2006.

                                          KEVIN F. ROWE, Clerk

                                          By    /s/ Chrystine W. Cody
                                                Deputy-in-Charge

Entered on Docket _____